UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FRONTIER AIRLINES, INC.,

                Plaintiff,               20 **CIVIL** 9713 (LLS)

      -v-                                 **<u>JUDGMENT</u>**

AMCK AVIATION HOLDINGS IRELAND
LIMITED , ACCIPITER INVESTMENT 4
LIMITED , VERMILLION AVIATION
(TWO) LIMITED, WELLS FARGO TRUST
COMPANY , N.A., solely in its
capacity As OWNER TRUSTEE, and
UMB BANK , N. A., solely in its
capacity as OWNER TRUSTEE,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 14, 2024, judgment is entered in favor of Frontier and against AMCK, Accipiter, and Vermillion in the amount of $48,660,000, plus interest from (5/8/2020) the date of breach at a rate of 9% for the total interest amount of $18,009,532.60. The Court accepts Dr. Neels's damages calculation because, while a pre-tax approach is standard, his use of a constant tax rate yielded the same result, and his rent computations comported with Frontier's internal estimates and actual payments. Additionally, AMCK is liable to Frontier for all losses, fees, costs, and expenses - including attorneys' fees - under the Original Leases and the Framework Agreement. JX-2 & 7, § 17.l(a); JX-24, § 7.1.

**Dated:**  New York, New York

           June 17, 2024

**DANNY ORTIZ**
**Acting, Clerk of Court**

**BY:** _____

**Deputy Clerk**