# CLIFFORD CHANCE

CLIFFORD CHANCE US LLP

TWO MANHATTAN WEST
375 9TH AVENUE
NEW YORK, NY 10001
TEL +1 212 878 8000
FAX +1 212 878 8375
www.cliffordchance.com

**By ECF**

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Direct Dial: +1 212 878 8205
E-mail: jeff.butler@cliffordchance.com

August 16, 2024

**Re:** *Frontier Airlines v. AMCK Aviation*, Docket No. 24-1916

Dear Ms. Wolfe:

We write on behalf of appellants AMCK Aviation Holdings Ireland Limited, Accipiter Investments Aircraft 4 Limited and Vermillion Aviation (Two) Limited (collectively, "Appellants"), and pursuant to the Court's July 17, 2024 Notice of Required Case Status Update, to inform the Court of the status of this matter in the District Court. On August 14, 2024, the District Court denied Appellants' motion for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 52(b). A copy of the District Court's opinion is attached. The only remaining motion is a motion for attorneys' fees, costs, and expenses filed by Frontier Airlines, Inc. That motion remains pending.

Respectfully submitted,

*s/ Jeff E. Butler*

Jeff E. Butler

ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC
DATE FILED: 8/14/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X
FRONTIER AIRLINES, INC.,

                Plaintiff,      20 Civ. 9713 (LLS)

    - against -                     OPINION

AMCK AVIATION HOLDINGS IRELAND
LIMITED, ACCIPITER INVESTMENT 4
LIMITED, VERMILLION AVIATION
(TWO) LIMITED, WELLS FARGO TRUST
COMPANY, N.A., solely in its
capacity As OWNER TRUSTEE, and
UMB BANK, N.A., solely in its
capacity as OWNER TRUSTEE,

                Defendants.
- - - - - - - - - - - - - - - - - - -X

    For the reasons stated in the Court's Summary Judgment Opinion (Dkt. No. 123), defendants' Rule 52(b) Motion for Judgment as a Matter of Law (Dkt. No. 181) is denied.

    So ordered.

Dated:  New York, New York
       August 14, 2024

                                                   Louis L. Stanton
                                           LOUIS L. STANTON
                                               U.S.D.J.