# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of August, two thousand twenty-four.

---

Frontier Airlines, Inc.,

    Plaintiff-Counter-Defendant-Appellee,

v.

AMCK Aviation Holdings Ireland Limited,

    Defendant-Counter-Claimant-Appellant,

Accipiter Investment 4 Limited, Vermillion Aviation (Two) Limited,

    Defendants – Appellants.

**ORDER**

Docket No. 24-1916

---

    On July 17, 2024, the Court issued a notice, pursuant to Fed. R. App. P. 4(a)(4), staying this appeal due to a pending motion in the district court. The district court having denied the motion in an order dated August 14, 2024

    IT IS ORDERED that the stay of this appeal is hereby lifted.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 08-19-2024