ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC
DATE FILED: 8/14/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -X
FRONTIER AIRLINES, INC.,

                Plaintiff,

  - against -

AMCK AVIATION HOLDINGS IRELAND
LIMITED, ACCIPITER INVESTMENT 4
LIMITED, VERMILLION AVIATION
(TWO) LIMITED, WELLS FARGO TRUST
COMPANY, N.A., solely in its
capacity As OWNER TRUSTEE, and
UMB BANK, N.A., solely in its
capacity as OWNER TRUSTEE,

                Defendants.
- - - - - - - - - - - - - - - - - - -X

20 Civ. 9713 (LLS)

OPINION

    For the reasons stated in the Court's Summary Judgment Opinion (Dkt. No. 123), defendants' Rule 52(b) Motion for Judgment as a Matter of Law (Dkt. No. 181) is denied.

    So ordered.

Dated: New York, New York
       August 14, 2024

                                             Louis L. Stanton
                                    LOUIS L. STANTON
                                        U.S.D.J.