# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X
FRONTIER AIRLINES , INC .,

                          Plaintiff,                    20 **CIVIL** 9713 (LLS)

           -against-                    **SUPPLEMENTAL JUDGMENT**
                                                  For Attorney's Fees and Costs

AMCK AVIATION HOLDINGS IRELAND
LIMITED, ACCIPITER INVESTMENT 4
LIMITED, VERMILLION AVIATION
(TWO) LIMITED , WELLS FARGO TRUST
COMPANY , N.A., solely in its
capacity As OWNER TRUSTEE , and
UMB BANK , N. A. , solely in its
capacity as OWNER TRUSTEE,

                        Defendants.
-------------------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated August 19, 2024, that Frontier is entitled to $2,581,727.50 in attorneys' fees and costs. Accordingly, the case is closed.

**Dated:** New York, New York

      August 20, 2024

                                                              **DANIEL ORTIZ**
                                                           **Acting Clerk of Court**

                                **BY:**
                                                               **Deputy Clerk**