| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **To:** | NYSD CourtMail |
| **Subject:** | Activity in Case 1:20-cv-09713-LLS Frontier Airlines, Inc. v. AMCK Aviation Holdings Ireland Limited et al Supplemental ROA Sent to USCA - Electronic File |
| **Date:** | Tuesday, August 27, 2024 9:11:30 AM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

### Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 8/27/2024 at 9:10 AM EDT and filed on 8/27/2024

**Case Name:**      Frontier Airlines, Inc. v. AMCK Aviation Holdings Ireland Limited et al
**Case Number:**    1:20-cv-09713-LLS
**Filer:**
**WARNING: CASE CLOSED on 06/17/2024**
**Document Number:** No document attached

**Docket Text:**
**First Supplemental ROA Sent to USCA (Electronic File). Certified Supplemental Indexed record on Appeal Electronic Files for [187] Declaration in Support of Motion, filed by Frontier Airlines, Inc., [196] Order on Motion for Attorney Fees,,,,,,,,,,,,,,,,,,,,,, [184] Memorandum of Law in Opposition to Motion, filed by AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, Vermillion Aviation (Two) Limited, [194] Reply Memorandum of Law in Support of Motion, filed by AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, Vermillion Aviation (Two) Limited, [199] Amended Notice of Appeal, filed by AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, Vermillion Aviation (Two) Limited, [193] Stipulation and Order,,,,, [195] Memorandum & Opinion,, [192] Proposed Stipulation and Order filed by AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, Vermillion Aviation (Two) Limited, [189] Order on Motion for Leave to File Document, [190] Response in Opposition to Motion filed by Frontier Airlines, Inc., [186] Reply to Response to Motion filed by Frontier Airlines, Inc., [185] Notice of Stay of Appeal,, [188] LETTER MOTION for Leave to File Sur-reply *in response to Plaintiff's reply in further support of motion for attorney's fees,* addressed to Judge Louis L. Stanton from Jeff E. Butler dated July 23, 2024. filed by AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, Vermillion Aviation (Two) Limited, [191] Response in Opposition to**

**Motion, filed by AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, Vermillion Aviation (Two) Limited, [198] Judgment on Attorney Fees,, [197] USCA Order - Other, were transmitted to the U.S. Court of Appeals..(nd)**

**1:20-cv-09713-LLS Notice has been electronically mailed to:**

Neil Stephen Binder     nbinder@binderschwartz.com, docket@binderschwartz.com

Jeff Edward Butler     jeff.butler@cliffordchance.com, Court.Alert@cliffordchance.com, MCO@cliffordchance.com

David G. Hosenpud     hosenpudd@lanepowell.com, deibeled@lanepowell.com, docketing-pdx@lanepowell.com, garciat@lanepowell.com

Aaron Schaer     SchaerA@lanepowell.com, bakerh@lanepowell.com, carchanoh@lanepowell.com, docketing@lanepowell.com

**1:20-cv-09713-LLS Notice has been delivered by other means to:**

CLOSED,APPEAL,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:20–cv–09713–LLS

Frontier Airlines, Inc. v. AMCK Aviation Holdings Ireland Limited et al
Assigned to: Judge Louis L. Stanton
Demand: $9,999,000
Cause: 28:1332bc Diversity–Breach of Contract

Date Filed: 11/18/2020
Date Terminated: 06/17/2024
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Frontier Airlines, Inc.**                  represented by   **Aaron Schaer**
Lane Powell PC
1420 Fifth Ave, Ste 4200
P.O. Box 91302
Seattle, WA 98111–9402
206–223–7000
Email: SchaerA@lanepowell.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David G. Hosenpud**
Lane Powell PC
601 SW Second Avenue
Ste 2100
Portland, OR 97204
503–778–2141
Fax: 503–778–2200
Email: hosenpudd@lanepowell.com
*ATTORNEY TO BE NOTICED*

**Peter Douglas Hawkes**
Angeli Law Group LLC
121 SW Morrison St.
Suite 400
Portland, OR 97204
971–420–0220
Fax: 503–227–0880
Email: peter@angelilaw.com
*TERMINATED: 06/04/2021*

**Sarah Esther Molinoff**
Holland & Knight LLP
601 SW Second Avenue
Suite 1800
Portland, OR 97204
503–517–2912
Email: sarah.molinoff@hklaw.com
*TERMINATED: 10/28/2021*

**Neil Stephen Binder**
Binder & Schwartz LLP
675 Third Avenue
Ste 26th Floor
New York, NY 10017
212–510–7031
Fax: 212–510–7299
Email: nbinder@binderschwartz.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**AMCK Aviation Holdings Ireland Limited**

represented by **Jeff Edward Butler**
Clifford Chance US LLP
Two Manhattan West
375 9th Avenue
New York, NY 10001
212–878–8000
Email: jeff.butler@cliffordchance.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Minji Reem**
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
212–756–2310
Email: Minji.Reem@srz.com
*TERMINATED: 03/20/2024*

**Defendant**

**Accipiter Investment 4 Limited**

represented by **Jeff Edward Butler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Minji Reem**
(See above for address)
*TERMINATED: 03/20/2024*

**Defendant**

**Vermillion Aviation (Two) Limited**

represented by **Jeff Edward Butler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Minji Reem**
(See above for address)
*TERMINATED: 03/20/2024*

**Defendant**

**Wells Fargo Trust Company, N.A.**
*solely in its capacity as Owner Trustee*

represented by **Jeff Edward Butler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Minji Reem**
(See above for address)
*TERMINATED: 03/20/2024*

**Defendant**

**UMB Bank, N.A.**
*solely in its capacity as Owner Trustee*

represented by **Jeff Edward Butler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Minji Reem**
(See above for address)
*TERMINATED: 03/20/2024*

**Counter Claimant**

represented by

**AMCK Aviation Holdings Ireland Limited**

**Jeff Edward Butler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Minji Reem**
(See above for address)
*TERMINATED: 03/20/2024*

V.

**Counter Defendant**

**Frontier Airlines, Inc.**                represented by   **David G. Hosenpud**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter Douglas Hawkes**
(See above for address)
*TERMINATED: 06/04/2021*

**Sarah Esther Molinoff**
(See above for address)
*TERMINATED: 10/28/2021*

**Neil Stephen Binder**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/18/2020 | 1 | COMPLAINT against AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, UMB Bank, N.A., Vermillion Aviation (Two) Limited, Wells Fargo Trust Company, N.A.. (Filing Fee $ 400.00, Receipt Number ANYSDC–22644104)Document filed by Frontier Airlines, Inc...(Binder, Neil) (Entered: 11/18/2020) |
| 11/18/2020 | 2 | CIVIL COVER SHEET filed..(Binder, Neil) (Entered: 11/18/2020) |
| 11/18/2020 | 3 | REQUEST FOR ISSUANCE OF SUMMONS as to AMCK Aviation Holdings Ireland Limited, re: 1 Complaint,. Document filed by Frontier Airlines, Inc...(Binder, Neil) (Entered: 11/18/2020) |
| 11/18/2020 | 4 | REQUEST FOR ISSUANCE OF SUMMONS as to Accipiter Investment 4 Limited, re: 1 Complaint,. Document filed by Frontier Airlines, Inc...(Binder, Neil) (Entered: 11/18/2020) |
| 11/18/2020 | 5 | REQUEST FOR ISSUANCE OF SUMMONS as to Vermillion Aviation (Two) Limited, re: 1 Complaint,. Document filed by Frontier Airlines, Inc...(Binder, Neil) (Entered: 11/18/2020) |
| 11/18/2020 | 6 | REQUEST FOR ISSUANCE OF SUMMONS as to Wells Fargo Trust Company, N.A., re: 1 Complaint,. Document filed by Frontier Airlines, Inc...(Binder, Neil) (Entered: 11/18/2020) |
| 11/18/2020 | 7 | REQUEST FOR ISSUANCE OF SUMMONS as to UMB Bank, N.A., re: 1 Complaint,. Document filed by Frontier Airlines, Inc...(Binder, Neil) (Entered: 11/18/2020) |
| 11/18/2020 | 8 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Frontier Airlines, Inc...(Binder, Neil) (Entered: 11/18/2020) |
| 11/19/2020 | | **\*\*\*NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Neil Stephen Binder. The party information for the following party/parties has been modified: Wells Fargo Trust Company, N.A., UMB Bank, N.A.. The information for the party/parties has been modified for the following** |

| | | |
|---|---|---|
| | | **reason/reasons: party text was omitted;. (pc)** (Entered: 11/19/2020) |
| 11/19/2020 | | **\*\*\*NOTICE TO ATTORNEY REGARDING CIVIL. CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Neil Stephen Binder. The following case opening statistical information was erroneously selected/entered: Dollar Demand $53,000,000,000; County code New York;. The following correction(s) have been made to your case entry: the Dollar Demand has been modified to $9,999,000; the County code has been modified to XX Out of State;. (pc)** (Entered: 11/19/2020) |
| 11/19/2020 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Analisa Torres. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf–related–instructions..(pc) (Entered: 11/19/2020) |
| 11/19/2020 | | Magistrate Judge Debra C. Freeman is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (pc) (Entered: 11/19/2020) |
| 11/19/2020 | | Case Designated ECF. (pc) (Entered: 11/19/2020) |
| 11/19/2020 | 9 | ELECTRONIC SUMMONS ISSUED as to AMCK Aviation Holdings Ireland Limited..(pc) (Entered: 11/19/2020) |
| 11/19/2020 | 10 | ELECTRONIC SUMMONS ISSUED as to Vermillion Aviation (Two) Limited..(pc) (Entered: 11/19/2020) |
| 11/19/2020 | 11 | ELECTRONIC SUMMONS ISSUED as to UMB Bank, N.A...(pc) (Entered: 11/19/2020) |
| 11/19/2020 | 12 | ELECTRONIC SUMMONS ISSUED as to Wells Fargo Trust Company, N.A...(pc) (Entered: 11/19/2020) |
| 11/19/2020 | 13 | ELECTRONIC SUMMONS ISSUED as to Accipiter Investment 4 Limited..(pc) (Entered: 11/19/2020) |
| 11/20/2020 | 14 | INITIAL PRETRIAL CONFERENCE ORDER: Counsel for all parties are directed to appear for an initial pretrial conference, in accordance with Rule 16 of the Federal Rules of Civil Procedure, at 11:00 a.m. on January 19, 2021, to be held telephonically. The parties are directed to dial 888–398–2342 or 215–861–0674, and enter access code 5598827. Principal trial counsel must appear at this and all subsequent conferences. Initial Conference set for 1/19/2021 at 11:00 AM before Judge Analisa Torres. (Signed by Judge Analisa Torres on 11/20/2020) (kv) (Entered: 11/20/2020) |
| 11/20/2020 | 15 | ORDER: To protect the public health, while promoting the "just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P. 1, it is ORDERED pursuant to Rules 30(b)(3) and 30(b)(4) of the Federal Rules of Civil Procedure that all depositions in this action may be taken via telephone, videoconference, or other remote means. It is further ORDERED pursuant to Rule 30(b)(5) that a deposition will be deemed to have taken place "before an officer appointed or designated under Rule 28" if such officer attends the deposition using the same remote means used to connect all other participants, so long as all participants (including the officer) can clearly hear and be heard by all other participants. The parties are encouraged to engage in discovery through remote means at every available opportunity. SO ORDERED. (Signed by Judge Analisa Torres on 11/20/2020) (kv) (Entered: 11/20/2020) |
| 11/20/2020 | 16 | ORDER: To conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, it is hereby ORDERED that the parties discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge. (as further set forth herein). SO ORDERED. (Signed by Judge Analisa Torres on 11/20/2020) (kv) |

| | | (Entered: 11/20/2020) |
|---|---|---|
| 12/09/2020 | 17 | **FILING ERROR – DEFICIENT DOCKET ENTRY** – MOTION for David G. Hosenpud to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–22956733. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Frontier Airlines, Inc...(Hosenpud, David) Modified on 12/9/2020 (vba). (Entered: 12/09/2020) |
| 12/09/2020 | 18 | AFFIDAVIT of David G. Hosenpud in Support re: 17 MOTION for David G. Hosenpud to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–22956733. **Motion and supporting papers to be reviewed by Clerk's Office staff..** Document filed by Frontier Airlines, Inc...(Hosenpud, David) (Entered: 12/09/2020) |
| 12/09/2020 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 17 MOTION for David G. Hosenpud to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 22956733. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from SUPREME COURT OF OREGON SUPREME COURT OF CALIFORNIA; missing Proposed Order; MISSING NOTARIZED AFFIDAVIT OR DECLARATION;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (vba)** (Entered: 12/09/2020) |
| 12/09/2020 | 19 | PROPOSED ORDER. Document filed by Frontier Airlines, Inc.. Related Document Number: 17 ..(Hosenpud, David) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 12/09/2020) |
| 12/09/2020 | 20 | NOTICE OF APPEARANCE by Jeff Edward Butler on behalf of AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, UMB Bank, N.A., Vermillion Aviation (Two) Limited, Wells Fargo Trust Company, N.A...(Butler, Jeff) (Entered: 12/09/2020) |
| 12/09/2020 | 21 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Mitsubishi Corporation, Corporate Parent CK Asset Holdings Limited, Corporate Parent Vermillion Aviation Finance S.a r.l., Corporate Parent Vermillion Aviation Holdings Limited for AMCK Aviation Holdings Ireland Limited. Document filed by AMCK Aviation Holdings Ireland Limited..(Butler, Jeff) (Entered: 12/09/2020) |
| 12/09/2020 | 22 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent CK Asset Holdings Limited, Corporate Parent Accipiter Holdings DAC, Corporate Parent Accipiter Investments Holdings DAC, Corporate Parent Accipiter Investments Limited, Corporate Parent CK Capital Limited for Accipiter Investment 4 Limited. Document filed by Accipiter Investment 4 Limited..(Butler, Jeff) (Entered: 12/09/2020) |
| 12/09/2020 | 23 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Mitsubishi Corporation, Corporate Parent AMCK Aviation Holdings Ireland Limited, Corporate Parent CK Asset Holdings Limited, Corporate Parent Vermillion Aviation Finance S.a r.l., Corporate Parent Vermillion Aviation Holdings Limited for Vermillion Aviation (Two) Limited. Document filed by Vermillion Aviation (Two) Limited..(Butler, Jeff) (Entered: 12/09/2020) |
| 12/09/2020 | 24 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent UMB Financial Corporation for UMB Bank, N.A.. Document filed by UMB Bank, N.A...(Butler, Jeff) (Entered: 12/09/2020) |
| 12/09/2020 | 25 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Wells Fargo & Company, Corporate Parent WFC Holdings, LLC for Wells Fargo Trust Company, N.A.. Document filed by Wells Fargo Trust Company, N.A...(Butler, Jeff) (Entered: 12/09/2020) |
| 12/09/2020 | 26 | NOTICE OF APPEARANCE by Minji Reem on behalf of AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, UMB Bank, N.A., Vermillion Aviation (Two) Limited, Wells Fargo Trust Company, N.A...(Reem, Minji) (Entered: |

| | | |
|---|---|---|
| | | 12/09/2020) |
| 12/10/2020 | 27 | LETTER MOTION for Extension of Time *of the initial pretrial conference and for an extension of the deadline to submit a joint letter* addressed to Judge Analisa Torres from Jeff E. Butler dated 12/10/2020. Document filed by AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, UMB Bank, N.A., Vermillion Aviation (Two) Limited, Wells Fargo Trust Company, N.A...(Butler, Jeff) (Entered: 12/10/2020) |
| 12/11/2020 | | NOTICE OF CASE REASSIGNMENT to Judge Louis L. Stanton. Judge Analisa Torres is no longer assigned to the case..(wb) (Entered: 12/11/2020) |
| 12/11/2020 | 28 | LETTER MOTION for Extension of Time to File Answer addressed to Judge Louis L. Stanton from Jeff E. Butler dated 12/11/2020. Document filed by AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, UMB Bank, N.A., Vermillion Aviation (Two) Limited, Wells Fargo Trust Company, N.A...(Butler, Jeff) (Entered: 12/11/2020) |
| 12/14/2020 | 29 | ORDER granting 27 Letter Motion for Extension of Time. So Ordered. (Signed by Judge Louis L. Stanton on 12/14/2020) (rro) (Entered: 12/14/2020) |
| 12/14/2020 | 30 | ORDER granting 28 Letter Motion for Extension of Time to Answer re 1 Complaint. So Ordered. (AMCK Aviation Holdings Ireland Limited answer due 1/29/2021; Accipiter Investment 4 Limited answer due 1/29/2021; UMB Bank, N.A. answer due 1/29/2021; Vermillion Aviation (Two) Limited answer due 1/29/2021; Wells Fargo Trust Company, N.A. answer due 1/29/2021) (Signed by Judge Louis L. Stanton on 12/14/2020) (rro) (Entered: 12/14/2020) |
| 12/22/2020 | 31 | MOTION for David G. Hosenpud to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Frontier Airlines, Inc.. (Attachments: # 1 Affidavit, # 2 Exhibit Oregon Certificate of Good Standing, # 3 Exhibit California Certificate of Good Standing, # 4 Text of Proposed Order).(Hosenpud, David) (Entered: 12/22/2020) |
| 12/22/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 31 MOTION for David G. Hosenpud to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu)** (Entered: 12/22/2020) |
| 12/22/2020 | 32 | ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE granting 31 Motion for David G. Hosenpud to Appear Pro Hac Vice. (Signed by Judge Louis L. Stanton on 12/22/2020) (rro) (Entered: 12/22/2020) |
| 12/30/2020 | 33 | AFFIDAVIT OF SERVICE of Summons and Complaint,. Accipiter Investment 4 Limited served on 11/25/2020, answer due 1/29/2021; Vermillion Aviation (Two) Limited served on 11/25/2020, answer due 1/29/2021. Service was made by Mail. Document filed by Frontier Airlines, Inc.. (Attachments: # 1 Exhibit Ex 1 – FedEx Proof of Delivery on Def Accipter, # 2 Exhibit Ex 2 – FedEx Proof of Delivery – Vermillion).(Hosenpud, David) (Entered: 12/30/2020) |
| 12/30/2020 | 34 | AFFIDAVIT OF SERVICE of Summons and Complaint,. AMCK Aviation Holdings Ireland Limited served on 12/1/2020, answer due 1/29/2021. Service was accepted by Robin Hutt, clerk on duty at office of the registered agent. Document filed by Frontier Airlines, Inc...(Hosenpud, David) (Entered: 12/30/2020) |
| 12/30/2020 | 35 | AFFIDAVIT OF SERVICE of Summons and Complaint,. UMB Bank, N.A. served on 12/2/2020, answer due 1/29/2021. Service was accepted by Kenneth Miller, Legal Process Specialist and person in charge at office of Registered Agent. Document filed by Frontier Airlines, Inc...(Hosenpud, David) (Entered: 12/30/2020) |
| 12/30/2020 | 36 | AFFIDAVIT OF SERVICE of Summons and Complaint,. Wells Fargo Trust Company, N.A. served on 12/3/2020, answer due 1/29/2021. Service was accepted by Wendy Phippen, Clerk at Office of Registered Agent. Document filed by Frontier Airlines, Inc...(Hosenpud, David) (Entered: 12/30/2020) |
| 01/29/2021 | 37 | MOTION to Dismiss – *Partial Motion for Dismissal*. Document filed by AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, UMB Bank, N.A., Vermillion Aviation (Two) Limited, Wells Fargo Trust Company, N.A...(Butler, Jeff) |

| | | (Entered: 01/29/2021) |
|---|---|---|
| 01/29/2021 | 38 | MEMORANDUM OF LAW in Support re: 37 MOTION to Dismiss − *Partial Motion for Dismissal*. . Document filed by AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, UMB Bank, N.A., Vermillion Aviation (Two) Limited, Wells Fargo Trust Company, N.A...(Butler, Jeff) (Entered: 01/29/2021) |
| 01/29/2021 | 39 | DECLARATION of Jeff E. Butler in Support re: 37 MOTION to Dismiss − *Partial Motion for Dismissal*.. Document filed by AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, UMB Bank, N.A., Vermillion Aviation (Two) Limited, Wells Fargo Trust Company, N.A.. (Attachments: # 1 Exhibit 1 Aircraft Operating Lease Agreement dated 6/9/2014, # 2 Exhibit 2 Aircraft Operating Lease Agreement dated 9/30/2019, # 3 Exhibit 3 Excerpts of a Guaranty dated 9/30/2019, # 4 Exhibit 4 Framework Agreement dated 3/16/2020, # 5 Exhibit 5 Aircraft Lease Agreement dated 3/16/2020, # 6 Exhibit 6 Excerpts of a Guaranty dated 3/16/2020, # 7 Exhibit 7 Email dated 4/30/2020, # 8 Exhibit 8 Email dated 4/9/2020, # 9 Exhibit 9 Notice of Termination dated 5/8/2020).(Butler, Jeff) (Entered: 01/29/2021) |
| 02/10/2021 | 40 | LETTER MOTION for Extension of Time addressed to Judge Louis L. Stanton from David G. Hosenpud dated February 10, 2021. Document filed by Frontier Airlines, Inc...(Hosenpud, David) (Entered: 02/10/2021) |
| 02/10/2021 | 41 | ORDER granting 40 Letter Motion for Extension of Time. SO ORDERED. (Signed by Judge Louis L. Stanton on 2/10/2021) (nb) (Entered: 02/10/2021) |
| 02/10/2021 | | Set/Reset Deadlines: AMCK Aviation Holdings Ireland Limited answer due 4/9/2021; Accipiter Investment 4 Limited answer due 4/9/2021; UMB Bank, N.A. answer due 4/9/2021; Vermillion Aviation (Two) Limited answer due 4/9/2021; Wells Fargo Trust Company, N.A. answer due 4/9/2021. Responses due by 2/26/2021 Replies due by 3/12/2021. (nb) (Entered: 02/10/2021) |
| 02/26/2021 | 42 | RESPONSE in Opposition to Motion re: 37 MOTION to Dismiss − *Partial Motion for Dismissal*. . Document filed by Frontier Airlines, Inc...(Hosenpud, David) (Entered: 02/26/2021) |
| 03/12/2021 | 43 | REPLY MEMORANDUM OF LAW in Support re: 37 MOTION to Dismiss − *Partial Motion for Dismissal*. . Document filed by AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, UMB Bank, N.A., Vermillion Aviation (Two) Limited, Wells Fargo Trust Company, N.A...(Butler, Jeff) (Entered: 03/12/2021) |
| 03/12/2021 | 44 | LETTER addressed to Judge Louis L. Stanton from Jeff E. Butler dated 3/12/2021 re: Request for oral argument in connection with Defendants' Partial Motion to Dismiss (Doc. 37). Document filed by AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, UMB Bank, N.A., Vermillion Aviation (Two) Limited, Wells Fargo Trust Company, N.A...(Butler, Jeff) (Entered: 03/12/2021) |
| 05/05/2021 | 45 | MEMORANDUM & ORDER denying as moot 37 Motion to Dismiss. Accordingly, the motions for dismissal of the claims against Accipiter, Vermillion, UMB and Wells Fargo are denied as moot. (Signed by Judge Louis L. Stanton on 5/5/2021) (rro) (Entered: 05/05/2021) |
| 05/10/2021 | 46 | NOTICE OF APPEARANCE by Sarah Esther Molinoff on behalf of Frontier Airlines, Inc...(Molinoff, Sarah) (Entered: 05/10/2021) |
| 05/19/2021 | 47 | ANSWER to 1 Complaint,., COUNTERCLAIM against Frontier Airlines, Inc.. Document filed by AMCK Aviation Holdings Ireland Limited..(Butler, Jeff) (Entered: 05/19/2021) |
| 05/19/2021 | 48 | ANSWER to 1 Complaint,. Document filed by Accipiter Investment 4 Limited..(Butler, Jeff) (Entered: 05/19/2021) |
| 05/19/2021 | 49 | ANSWER to 1 Complaint,. Document filed by Vermillion Aviation (Two) Limited..(Butler, Jeff) (Entered: 05/19/2021) |
| 05/19/2021 | 50 | ANSWER to 1 Complaint,. Document filed by UMB Bank, N.A...(Butler, Jeff) (Entered: 05/19/2021) |

| | | |
|---|---|---|
| 05/19/2021 | 51 | ANSWER to 1 Complaint,. Document filed by Wells Fargo Trust Company, N.A...(Butler, Jeff) (Entered: 05/19/2021) |
| 06/03/2021 | 52 | MOTION for Peter D. Hawkes to Withdraw as Attorney . Document filed by Frontier Airlines, Inc...(Molinoff, Sarah) (Entered: 06/03/2021) |
| 06/03/2021 | 53 | DECLARATION of Peter D. Hawkes in Support re: 52 MOTION for Peter D. Hawkes to Withdraw as Attorney .. Document filed by Frontier Airlines, Inc...(Molinoff, Sarah) (Entered: 06/03/2021) |
| 06/03/2021 | 54 | PROPOSED ORDER FOR WITHDRAWAL OF ATTORNEY. Document filed by Frontier Airlines, Inc.. Related Document Number: 52 ..(Molinoff, Sarah) (Entered: 06/03/2021) |
| 06/04/2021 | 55 | ORDER FOR CONFERENCE PURSUNT TO RULE 16(b): This action is scheduled for a conference in accordance with Fed. R. Civ. P. 16(b) on Friday, July 9, 2021 at 3:00 P.M. The parties must be prepared to discuss, at the conference, the subjects set forth in subdivisions (b) and (c) of Rule 16. At least one week before the time of the conference, the parties are jointly to prepare, sign and submit to me a proposed Scheduling Order, containing the following: as set forth herein. Initial Conference set for 7/9/2021 at 03:00 PM before Judge Louis L. Stanton. (Signed by Judge Louis L. Stanton on 6/04/2021) (ama) (Entered: 06/04/2021) |
| 06/04/2021 | 56 | ORDER: granting 52 Motion to Withdraw as Attorney. Upon the motion for Peter D. Hawkes for leave to withdraw from this action as counsel for Plaintiff, IT IS HEREBY ORDERED: The motion is granted. SO ORDERED. Attorney Peter Douglas Hawkes terminated. (Signed by Judge Louis L. Stanton on 6/04/2021) (ama) (Entered: 06/04/2021) |
| 06/09/2021 | 57 | ANSWER to 47 Counterclaim. Document filed by Frontier Airlines, Inc...(Hosenpud, David) (Entered: 06/09/2021) |
| 07/01/2021 | 58 | PROPOSED SCHEDULING ORDER. Document filed by Frontier Airlines, Inc...(Hosenpud, David) (Entered: 07/01/2021) |
| 07/07/2021 | | Set/Reset Hearings: Initial Conference set for 7/9/2021 at 03:00 PM in Courtroom 21C, 500 Pearl Street, New York, NY 10007 before Judge Louis L. Stanton. (ml) (Entered: 07/07/2021) |
| 07/09/2021 | | Minute Entry for proceedings held before Judge Louis L. Stanton: Initial Pretrial Conference held on 7/9/2021. (ml) (Entered: 07/09/2021) |
| 07/09/2021 | 59 | SCHEDULING ORDER: Joinder of Parties due by 7/30/2021. Fact Discovery due by 3/25/2022. The parties will complete depositions by March 25, 2022, with particular deposition datesto be agreed upon by the parties. Each side reserves its rights to challenge any of the followingproposed depositions. The parties estimate the trial will last 5–6 days. The parties request a bench trial. This Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference or when justice so requires. SO ORDERED. (Signed by Judge Louis L. Stanton on 7/9/2021) (rro) (Entered: 07/09/2021) |
| 10/26/2021 | 60 | MOTION for Sarah E. Molinoff to Withdraw as Attorney . Document filed by Frontier Airlines, Inc...(Molinoff, Sarah) (Entered: 10/26/2021) |
| 10/26/2021 | 61 | DECLARATION of Sarah E. Molinoff in Support re: 60 MOTION for Sarah E. Molinoff to Withdraw as Attorney .. Document filed by Frontier Airlines, Inc...(Molinoff, Sarah) (Entered: 10/26/2021) |
| 10/26/2021 | 62 | PROPOSED ORDER FOR WITHDRAWAL OF ATTORNEY. Document filed by Frontier Airlines, Inc.. Related Document Number: 60 ..(Molinoff, Sarah) (Entered: 10/26/2021) |
| 10/28/2021 | 63 | ORDER granting 60 Motion to Withdraw as Attorney. IT IS HEREBY ORDERED: The motion is granted. Attorney Sarah Esther Molinoff terminated. (Signed by Judge Louis L. Stanton on 10/28/2021) (rro) (Entered: 10/28/2021) |
| 11/04/2021 | 64 | **FILING ERROR – DEFICIENT DOCKET ENTRY** – MOTION for Aaron Schaer to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–25292143. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document |

| | | |
|---|---|---|
| | | filed by Frontier Airlines, Inc.. (Attachments: # <u>1</u> Affidavit, # <u>2</u> Certificate of Good Standing, # <u>3</u> Certificate of Good Standing, # <u>4</u> Text of Proposed Order).(Schaer, Aaron) Modified on 11/5/2021 (aea). (Entered: 11/04/2021) |
| 11/05/2021 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. <u>64</u> MOTION for Aaron Schaer to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–25292143. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from SUPREME COURT OF WASHINGTON. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order. (aea)** (Entered: 11/05/2021) |
| 11/09/2021 | <u>65</u> | MOTION for Aaron Schaer to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Frontier Airlines, Inc.. (Attachments: # <u>1</u> Affidavit, # <u>2</u> Certificate of Good Standing, # <u>3</u> Certificate of Good Standing, # <u>4</u> Text of Proposed Order).(Schaer, Aaron) (Entered: 11/09/2021) |
| 11/10/2021 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. <u>65</u> MOTION for Aaron Schaer to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu)** (Entered: 11/10/2021) |
| 12/10/2021 | <u>66</u> | ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE granting <u>65</u> Motion for Aaron Schaer to Appear Pro Hac Vice. IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Louis L. Stanton on 12/10/2021) (mml) (Entered: 12/10/2021) |
| 12/10/2021 | <u>67</u> | LETTER MOTION for Extension of Time addressed to Judge Louis L. Stanton from David G. Hosenpud dated December 10, 2021. Document filed by Frontier Airlines, Inc...(Schaer, Aaron) (Entered: 12/10/2021) |
| 12/13/2021 | <u>68</u> | ORDER granting <u>67</u> Letter Motion for Extension of Time. Granted. (Signed by Judge Louis L. Stanton on 12/13/2021) (rro) (Entered: 12/13/2021) |
| 12/30/2021 | <u>69</u> | JOINT MOTION for Protective Order *Regarding Confidential Information and Documents*. Document filed by Frontier Airlines, Inc...(Schaer, Aaron) (Entered: 12/30/2021) |
| 12/30/2021 | <u>70</u> | PROPOSED ORDER. Document filed by Frontier Airlines, Inc.. Related Document Number: <u>69</u> ..(Schaer, Aaron) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 12/30/2021) |
| 01/03/2022 | | **\*\*\*NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. <u>70</u> Proposed Order was reviewed and approved as to form. (dt)** (Entered: 01/03/2022) |
| 01/04/2022 | <u>71</u> | STIPULATED PROTECTIVE ORDER REGARDING CONFIDENTIAL INFORMATION AND DOCUMENTS...regarding procedures to be followed that shall govern the handling of confidential material... as modified by the Court in P.2, Paragraph 4 above. IT IS SO ORDERED. Motions terminated: <u>69</u> JOINT MOTION for Protective Order *Regarding Confidential Information and Documents* filed by Frontier Airlines, Inc. (Signed by Judge Louis L. Stanton on 1/4/2022) (vfr) (Entered: 01/04/2022) |
| 01/10/2022 | <u>72</u> | LETTER MOTION for Extension of Time addressed to Judge Louis L. Stanton from David G. Hosenpud dated January 10, 2022. Document filed by Frontier Airlines, Inc.. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D).(Schaer, Aaron) (Entered: 01/10/2022) |
| 01/11/2022 | <u>73</u> | LETTER addressed to Judge Louis L. Stanton from Jeff E. Butler dated 1/11/2022 re: in response to the letter from Plaintiff dated January 10, 2022. Document filed by AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, UMB Bank, N.A., Vermillion Aviation (Two) Limited, Wells Fargo Trust Company, N.A.. (Attachments: # <u>1</u> Exhibit A – Press release).(Butler, Jeff) (Entered: 01/11/2022) |

| | | |
|---|---|---|
| 01/14/2022 | 74 | ORDER granting 72 Letter Motion for Extension of Time. Granted. (Signed by Judge Louis L. Stanton on 1/14/2022) (rro) (Entered: 01/14/2022) |
| 02/16/2022 | 75 | LETTER MOTION for Conference addressed to Judge Louis L. Stanton from David G. Hosenpud dated February 16, 2022. Document filed by Frontier Airlines, Inc...(Hosenpud, David) (Entered: 02/16/2022) |
| 02/23/2022 | | Set/Reset Hearings: Status Conference set for 5/27/2022 at 12:00 PM in Courtroom 21C, 500 Pearl Street, New York, NY 10007 before Judge Louis L. Stanton. (ml) (Entered: 02/23/2022) |
| 03/01/2022 | 76 | JOINT LETTER MOTION for Extension of Time to Complete Discovery addressed to Judge Louis L. Stanton from David G. Hosenpud dated March 1, 2022. Document filed by Frontier Airlines, Inc...(Hosenpud, David) (Entered: 03/01/2022) |
| 03/02/2022 | 77 | LETTER MOTION for Conference *, requesting a pre−motion conference,* addressed to Judge Louis L. Stanton from Jeff E. Butler dated 3/2/2022. Document filed by AMCK Aviation Holdings Ireland Limited..(Butler, Jeff) (Entered: 03/02/2022) |
| 03/03/2022 | 78 | ORDER granting 76 Letter Motion for Extension of Time to Complete Discovery. Granted. (Signed by Judge Louis L. Stanton on 3/3/2022) (rro) (Entered: 03/03/2022) |
| 03/03/2022 | | Set/Reset Deadlines: Deposition due by 4/15/2022. Fact Discovery due by 4/15/2022. (rro) (Entered: 03/03/2022) |
| 03/04/2022 | 79 | LETTER MOTION to Seal addressed to Judge Louis L. Stanton from David G. Hosenpud dated March 4, 2022. Document filed by Frontier Airlines, Inc...(Hosenpud, David) (Entered: 03/04/2022) |
| 03/04/2022 | 80 | ***SELECTED PARTIES***DECLARATION of David G. Hosenpud in Support re: 79 LETTER MOTION to Seal addressed to Judge Louis L. Stanton from David G. Hosenpud dated March 4, 2022.. Document filed by All Defendants. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)Motion or Order to File Under Seal: 79 .(Hosenpud, David) (Entered: 03/04/2022) |
| 03/04/2022 | 81 | LETTER addressed to Judge Louis L. Stanton from David G. Hosenpud dated March 4, 2022 re: in response to the Letter Motion filed by Defendant AMCK dated March 2, 2022 (ECF No. 77). Document filed by Frontier Airlines, Inc...(Hosenpud, David) (Entered: 03/04/2022) |
| 03/10/2022 | 82 | ORDER denying 79 Letter Motion to Seal. Plaintiff seeks leave to file under seal documents submitted in support of its Response to Defendant's Letter Motion to request a protective order precluding the depositions of Messrs. Gerald Ma and Francis Lee. In support of its application, Plaintiff cites to the Stipulated Protective Order Regarding Confidential Information and Documents (Dkt. No. 71). The Court has reviewed the documents and none of them present a "most compelling reason" to seal them from public access. Lugosch v. Pyramid Co., 435 F.3d 110, 126 (2d Cir. 2006) ("Because the First Amendment presumption gives rise to a higher burden on the party seeking to prevent disclosure than does the common law presumption, the presumption of access here can be overcome only by specific, on−the−record findings that higher values necessitate a narrowly tailored sealing."). A stipulated protective order does not consider the special (and Constitutional) public interest in access to materials submitted to a court to influence a judicial action. Accordingly, it does not serve as an independent basis for sealing of documents submitted in court applications. Plaintiff's application is denied. (Signed by Judge Louis L. Stanton on 3/10/2022) (rro) (Entered: 03/10/2022) |
| 03/21/2022 | 83 | ORDER denying 77 Letter Motion for Conference addressed to Judge Louis L. Stanton from Jeff E. Butler dated 3/2/2022. The application for a protective order is denied. (Signed by Judge Louis L. Stanton on 3/21/2022) (vfr) (Entered: 03/21/2022) |
| 04/08/2022 | 84 | LETTER MOTION for Extension of Time *of fact discovery cutoff* addressed to Judge Louis L. Stanton from Jeff E. Butler dated April 8, 2022. Document filed by AMCK Aviation Holdings Ireland Limited..(Butler, Jeff) (Entered: 04/08/2022) |
| 04/12/2022 | 85 | ORDER granting 84 Letter Motion for Extension of Time. So Ordered. (Signed by Judge Louis L. Stanton on 4/11/2022) (rro) (Entered: 04/12/2022) |

| | | |
|---|---|---|
| 04/12/2022 | | Set/Reset Deadlines: Fact Discovery due by 4/29/2022. (rro) (Entered: 04/12/2022) |
| 04/28/2022 | | NOTICE OF REDESIGNATION TO ANOTHER MAGISTRATE JUDGE. The above entitled action has been redesignated to Magistrate Judge Valerie Figueredo. Please note that this is a reassignment of the designation only. (nb) (Entered: 04/28/2022) |
| 05/17/2022 | 86 | LETTER MOTION to Continue *Status Conference* addressed to Judge Louis L. Stanton from David G. Hosenpud dated May 17, 2022. Document filed by Frontier Airlines, Inc...(Hosenpud, David) (Entered: 05/17/2022) |
| 05/23/2022 | | Set/Reset Hearings: Status Conference set for 5/27/2022 is adjourned to 7/15/2022 at 12:00 PM in Courtroom 21C, 500 Pearl Street, New York, NY 10007 before Judge Louis L. Stanton. (ml) (Entered: 05/23/2022) |
| 07/08/2022 | 87 | LETTER addressed to Judge Louis L. Stanton from Jeff E. Butler dated 7/8/2022 re: Local Civil Rule 1.6. Document filed by AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, UMB Bank, N.A., Vermillion Aviation (Two) Limited, Wells Fargo Trust Company, N.A...(Butler, Jeff) (Entered: 07/08/2022) |
| 07/11/2022 | 88 | LETTER MOTION to Adjourn Conference addressed to Judge Louis L. Stanton from David G. Hosenpud dated July 11, 2022. Document filed by Frontier Airlines, Inc...(Hosenpud, David) (Entered: 07/11/2022) |
| 07/11/2022 | 89 | PROPOSED SCHEDULING ORDER. Document filed by Frontier Airlines, Inc...(Hosenpud, David) (Entered: 07/11/2022) |
| 07/11/2022 | 90 | ORDER granting 88 Letter Motion to Adjourn Conference. Granted. (Signed by Judge Louis L. Stanton on 7/11/2022) (jca) (Entered:07/11/2022) |
| 07/11/2022 | 91 | JOINT AMENDED SCHEDULING ORDER:David G. Hosenpud, counsel for plaintiff, and Jeff Butler, counsel for the defendants, having met and conferred, submit the following proposed amended scheduling order. Depositions have been completed in this matter. The schedule below sets forth the remaining discovery deadlines. Motions due by 11/11/2022. Responses due by 12/9/2022 Replies due by 12/30/2022. Deposition due by 10/28/2022. Pretrial Conference set for 1/13/2023 at 12:00 PM before Judge Louis L. Stanton. Pretrial Order due by 1/10/2023. The parties estimate the trial will last 5–6 days. The parties request a bench trial. This Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference or when justice so requires. (And as further set forth herein.) APPROVED. (Signed by Judge Louis L. Stanton on 7/11/2022) (jca) (Entered: 07/11/2022) |
| 07/13/2022 | 92 | ORDER: Accordingly, plaintiff's letter motion to relate the cases (Dk. No. 87) is denied. So ordered. (Signed by Judge Louis L. Stanton on 7/13/2022) (jca) (Entered: 07/13/2022) |
| 11/11/2022 | 93 | MOTION for Summary Judgment . Document filed by AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, UMB Bank, N.A., Vermillion Aviation (Two) Limited, Wells Fargo Trust Company, N.A...(Butler, Jeff) (Entered: 11/11/2022) |
| 11/11/2022 | 94 | DECLARATION of Jane OCallaghan in Support re: 93 MOTION for Summary Judgment .. Document filed by AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, UMB Bank, N.A., Vermillion Aviation (Two) Limited, Wells Fargo Trust Company, N.A.. (Attachments: # 1 Exhibit 1– MSN 6184 Aircraft Lease Agreement, # 2 Exhibit 2– MSN 9177 Aircraft Lease Agreement, # 3 Exhibit 3– MSN 9177 Lessor Guarantee, # 4 Exhibit 4– Framework Agreement, # 5 Exhibit 5– March 16 email, # 6 Exhibit 6– MSN10038 Aircraft Lease Agreement, # 7 Exhibit 7– MSN 10038 Lessor Guarantee, # 8 Exhibit 8– Concession Letter, # 9 Exhibit 9– March 25 draft, # 10 Exhibit 10– April 1 email, # 11 Exhibit 11– March 18 email, # 12 Exhibit 12– March 23 email, # 13 Exhibit 13– March 26 email, # 14 Exhibit 14– March 31 email, # 15 Exhibit 15– Text messages, # 16 Exhibit 16– April 9 email, # 17 Exhibit 17– Receivables Report, # 18 Exhibit 18– May 14 email).(Butler, Jeff) (Entered: 11/11/2022) |
| 11/11/2022 | 95 | DECLARATION of Paul Sheridan in Support re: 93 MOTION for Summary Judgment .. Document filed by AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, UMB Bank, N.A., Vermillion Aviation (Two) Limited, Wells |

| | | |
|---|---|---|
| | | Fargo Trust Company, N.A.. (Attachments: # 1 Exhibit 1– April 3 email, # 2 Exhibit 2– April 6 email, # 3 Exhibit 3– April 6 email, # 4 Exhibit 4– April 6 email confirmation, # 5 Exhibit 5– April 6 email, # 6 Exhibit 6– April 8 email, # 7 Exhibit 7– Under seal, # 8 Exhibit 8– April 13 email, # 9 Exhibit 9– April13 email response, # 10 Exhibit 10– April 30 email, # 11 Exhibit 11– April 30 email, # 12 Exhibit 12– May 8 email, # 13 Exhibit 13– May 9 email).(Butler, Jeff) (Entered: 11/11/2022) |
| 11/11/2022 | 96 | DECLARATION of Jeff E. Butler in Support re: 93 MOTION for Summary Judgment .. Document filed by AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, UMB Bank, N.A., Vermillion Aviation (Two) Limited, Wells Fargo Trust Company, N.A.. (Attachments: # 1 Exhibit 1– Nov. 13 Email – Under Seal, # 2 Exhibit 2– Nov. 26 Email – Under Seal, # 3 Exhibit 3– Atty's Eyes Only – Under Seal, # 4 Exhibit 4– April 6 Texts – Under Seal, # 5 Exhibit 5– April 6 Texts – Under Seal, # 6 Exhibit 6– April 6 Texts – Under Seal, # 7 Exhibit 7– April 7 Texts – Under Seal, # 8 Exhibit 8– Atty's Eyes Only – Under Seal, # 9 Exhibit 9– Atty's Eyes Only – Under Seal, # 10 Exhibit 10– Atty's Eyes Only – Under Seal, # 11 Exhibit 11– Atty's Eyes Only – Under Seal, # 12 Exhibit 12– April 23 Texts – Under Seal, # 13 Exhibit 13– April 25 Texts – Under Seal, # 14 Exhibit 14– April 29 Texts – Under Seal, # 15 Exhibit 15– May 1 Text – Under Seal, # 16 Exhibit 16– Atty's Eyes Only – Under Seal, # 17 Exhibit 17– May 8 Email – Under Seal, # 18 Exhibit 18– May 8 Email – Under Seal, # 19 Exhibit 19– May13 Email – Under Seal, # 20 Exhibit 20– Complaint, # 21 Exhibit 21– Form S–1 Excerpt, # 22 Exhibit 22– Aug. 23 RFA – Under Seal, # 23 Exhibit 23– Thwaytes Transcript – Under Seal, # 24 Exhibit 24– Bindu Transcript – Under Seal, # 25 Exhibit 25– Fanning Transcript – Under Seal, # 26 Exhibit 26– Dempsey Transcript – Under Seal, # 27 Exhibit 27– Apr. 29 RFA).(Butler, Jeff) (Entered: 11/11/2022) |
| 11/11/2022 | 97 | MEMORANDUM OF LAW in Support re: 93 MOTION for Summary Judgment . . Document filed by AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, UMB Bank, N.A., Vermillion Aviation (Two) Limited, Wells Fargo Trust Company, N.A...(Butler, Jeff) (Entered: 11/11/2022) |
| 11/11/2022 | 98 | RULE 56.1 STATEMENT. Document filed by AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, UMB Bank, N.A., Vermillion Aviation (Two) Limited, Wells Fargo Trust Company, N.A...(Butler, Jeff) (Entered: 11/11/2022) |
| 11/11/2022 | 99 | LETTER MOTION to Seal addressed to Judge Louis L. Stanton from Jeff E. Butler dated 11/11/2022. Document filed by AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, UMB Bank, N.A., Vermillion Aviation (Two) Limited, Wells Fargo Trust Company, N.A...(Butler, Jeff) (Entered: 11/11/2022) |
| 11/11/2022 | 100 | ***SELECTED PARTIES***DECLARATION of Paul Sheridan in Support re: 99 LETTER MOTION to Seal addressed to Judge Louis L. Stanton from Jeff E. Butler dated 11/11/2022., 93 MOTION for Summary Judgment .. Document filed by UMB Bank, N.A., Vermillion Aviation (Two) Limited, Accipiter Investment 4 Limited, AMCK Aviation Holdings Ireland Limited, Wells Fargo Trust Company, N.A., Frontier Airlines, Inc.. (Attachments: # 1 Exhibit 1– April 3 Email, # 2 Exhibit 2– April 6 Email, # 3 Exhibit 3– April 6 Email, # 4 Exhibit 4– April 6 Confirmation, # 5 Exhibit 5– April 6 Email, # 6 Exhibit 6– April 8 Email, # 7 Exhibit 7– April 11 Text Message, # 8 Exhibit 8– April 13 Email, # 9 Exhibit 9– April 13 Response, # 10 Exhibit 10– April 30 Email, # 11 Exhibit 11– April 30 Email, # 12 Exhibit 12– May 8 Email, # 13 Exhibit 13– May 9 Email)Motion or Order to File Under Seal: 99 .(Butler, Jeff) (Entered: 11/11/2022) |
| 11/11/2022 | 101 | ***SELECTED PARTIES***DECLARATION of Jeff E. Butler in Support re: 99 LETTER MOTION to Seal addressed to Judge Louis L. Stanton from Jeff E. Butler dated 11/11/2022., 93 MOTION for Summary Judgment .. Document filed by UMB Bank, N.A., Vermillion Aviation (Two) Limited, Accipiter Investment 4 Limited, AMCK Aviation Holdings Ireland Limited, Wells Fargo Trust Company, N.A., Frontier Airlines, Inc.. (Attachments: # 1 Exhibit 1– Nov. 13 Email, # 2 Exhibit 2– Nov. 26 Email, # 3 Exhibit 3– Atty's Eyes Only, # 4 Exhibit 4– April 6 Texts, # 5 Exhibit 5– April 6 Texts, # 6 Exhibit 6– April 6 Texts, # 7 Exhibit 7– April 7 Texts, # 8 Exhibit 8– Atty's Eyes Only, # 9 Exhibit 9– Atty's Eyes Only, # 10 Exhibit 10– Atty's Eyes Only, # 11 Exhibit 11– Atty's Eyes Only, # 12 Exhibit 12– April 23 Texts, # 13 Exhibit 13– April 25 Texts, # 14 Exhibit 14– April 29 Texts, # 15 Exhibit 15– |

| | | |
|---|---|---|
| | | May 1 Text, # 16 Exhibit 16– Atty's Eyes Only, # 17 Exhibit 17– May 8 Email, # 18 Exhibit 18– May 8 Email, # 19 Exhibit 19– May13 Email, # 20 Exhibit 20– Nov. 18 Complaint, # 21 Exhibit 21– Form S–1 Excerpt, # 22 Exhibit 22– Aug. 23 RFA, # 23 Exhibit 23– Thwaytes Transcript, # 24 Exhibit 24– Bindu Transcript, # 25 Exhibit 25– Fanning Transcript, # 26 Exhibit 26– Dempsey Transcript, # 27 Exhibit 27– Apr. 29 RFA)Motion or Order to File Under Seal: 99 .(Butler, Jeff) (Entered: 11/11/2022) |
| 11/11/2022 | 102 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 99 LETTER MOTION to Seal addressed to Judge Louis L. Stanton from Jeff E. Butler dated 11/11/2022., 93 MOTION for Summary Judgment . . Document filed by UMB Bank, N.A., Vermillion Aviation (Two) Limited, Accipiter Investment 4 Limited, AMCK Aviation Holdings Ireland Limited, Wells Fargo Trust Company, N.A., Frontier Airlines, Inc.. Motion or Order to File Under Seal: 99 .(Butler, Jeff) (Entered: 11/11/2022) |
| 11/11/2022 | 103 | ***SELECTED PARTIES***RULE 56.1 STATEMENT. Document filed by UMB Bank, N.A., Vermillion Aviation (Two) Limited, Accipiter Investment 4 Limited, AMCK Aviation Holdings Ireland Limited, Wells Fargo Trust Company, N.A., Frontier Airlines, Inc.. Motion or Order to File Under Seal: 99 .(Butler, Jeff) (Entered: 11/11/2022) |
| 12/08/2022 | 104 | ORDER denying 99 Letter Motion to Seal. Denied. (Signed by Judge Louis L. Stanton on 12/8/2022) (rro) (Entered: 12/08/2022) |
| 12/09/2022 | 105 | MEMORANDUM OF LAW in Opposition re: 93 MOTION for Summary Judgment . . Document filed by Frontier Airlines, Inc...(Hosenpud, David) (Entered: 12/09/2022) |
| 12/09/2022 | 106 | COUNTER STATEMENT TO 98 Rule 56.1 Statement. Document filed by Frontier Airlines, Inc...(Hosenpud, David) (Entered: 12/09/2022) |
| 12/09/2022 | 107 | DECLARATION of Robert Fanning in Opposition re: 93 MOTION for Summary Judgment .. Document filed by Frontier Airlines, Inc...(Hosenpud, David) (Entered: 12/09/2022) |
| 12/09/2022 | 108 | DECLARATION of James Dempsey in Opposition re: 93 MOTION for Summary Judgment .. Document filed by Frontier Airlines, Inc.. (Attachments: # 1 Exhibit 1 AEO, Letter of Intent dated 9–10–2019 Under Seal).(Hosenpud, David) (Entered: 12/09/2022) |
| 12/09/2022 | 109 | DECLARATION of Sharath Sashikumar Bindu in Opposition re: 93 MOTION for Summary Judgment .. Document filed by Frontier Airlines, Inc.. (Attachments: # 1 Exhibit 1 AEO, Aircraft Lease Agreement Filed Under Seal, # 2 Exhibit 2 AEO, Trust Agreement Under Seal, # 3 Exhibit 3 AEO, Framework Agreement Filed Under Seal, # 4 Exhibit 4 AEO, Lessor Guaranty Filed Under Seal, # 5 Exhibit 5 AEO, Lease Agreement Filed Under Seal).(Hosenpud, David) (Entered: 12/09/2022) |
| 12/09/2022 | 110 | DECLARATION of David G. Hosenpud in Opposition re: 93 MOTION for Summary Judgment .. Document filed by Frontier Airlines, Inc.. (Attachments: # 1 Exhibit 1 AEO, Airbus Purchase Agreement Under Seal, # 2 Exhibit 2 AEO, Aircraft Sale and Leaseback Agreement Under Seal, # 3 Exhibit 3 Text messages dated 3–20–2020 Under Seal, # 4 Exhibit 4 AEO, Amendment No. 8 to Purchase Agreement Under Seal, # 5 Exhibit 5 AEO, Amendment No. 9 to Purchase Agreement Under Seal, # 6 Exhibit 6 – Chase alerts AMCK sent to Frontier (Redacted) And Under Seal, # 7 Exhibit 7 AEO, Framework Agreement dated 3–16–2020 – Under Sea, # 8 Exhibit 8 – Email dated 3–12–2020, # 9 Exhibit 9 AEO, Email dated 4–2–2020 Under Seal, # 10 Exhibit 10 AEO, Lease Agreement dated 3–16–2020 Under Seal, # 11 Exhibit 11 AEO, Trust Agreement dated 3–16–2020 Under Seal, # 12 Exhibit 12 AEO, Guaranty dated 3–16–2020 Under Seal, # 13 Exhibit 13 – Transfer Receipt dated 3–13–2020 (Redacted) And Under Seal, # 14 Exhibit 14 Emails between AMCK representatives dated 3–16–2020 Under Seal, # 15 Exhibit 15 Concessions request letter dated 3–16–2020, # 16 Exhibit 16 Emails dated 3–12–2020, # 17 Exhibit 17 Emails dated 3–13–2020 Under Seal, # 18 Exhibit 18 Emails dated 3–22–2020 (Redacted) And Under Seal, # 19 Exhibit 19 Emails dated 4–7–2020 Under Seal, # 20 Exhibit 20 Emails dated 3–23–2020 titled Weekly Agenda Under Seal, # 21 Exhibit 21 AEO, Emails dated 3–23–2020 titled Rent Deferral Update.msg, # 22 Exhibit 22 – Emails dated 5–6–2020, # 23 Exhibit 23 Emails dated 3–24–2020 Under Seal, # 24 Exhibit 24 Text messages dated 3–23–2020, # 25 Exhibit 25 Emails dated 3–24–2020 Under |

| | | |
|---|---|---|
| | | Seal, # <u>26</u> Exhibit 26 Emails dated 3–24–2020 Under Seal, # <u>27</u> Exhibit 27 Email between AMCK representatives dated 5–8–2020, # <u>28</u> Exhibit 28 Emails dated 3–23–2020 Under Seal, # <u>29</u> Exhibit 29 Emails dated 4–2–2020 Under Seal, # <u>30</u> Exhibit 30 Emails dated 4–1–2020, # <u>31</u> Exhibit 31 Text messages dated 3–14–2020 to 4–30–2020 Under Seal, # <u>32</u> Exhibit 32 Emails dated 4–6–2020 Under Seal, # <u>33</u> Exhibit 33 Emails dated 4–9–2020 Under Seal, # <u>34</u> Exhibit 34 Text messages dated 4–7–2020, # <u>35</u> Exhibit 35 Emails dated 4–13–2020 Under Seal, # <u>36</u> Exhibit 36 Emails dated 4–7–2020 and 4–30–2020 (Redacted) And Under Seal, # <u>37</u> Exhibit 37 Minutes of Board meeting dated 4–22–2020, # <u>38</u> Exhibit 38 – Emails dated 4–27–2020 Under Seal, # <u>39</u> Exhibit 39 Emails dated 5–1–2020 re Monthly Report Under Seal, # <u>40</u> Exhibit 40 Emails dated 5–5–2020 Re Weekly Report Under Seal, # <u>41</u> Exhibit 41 Emails between AMCK representatives dated 4–27–2020 Under Seal, # <u>42</u> Exhibit 42 Emails between AMCK representatives dated 4–22–2020 Under Seal, # <u>43</u> Exhibit 43 Emails dated 4–27–2020, # <u>44</u> Exhibit 44 Emails between AMCK representatives dated 4–30–2020 Under Seal, # <u>45</u> Exhibit 45 Emails between AMCK and Frontier representatives dated 4–30–2020 Under Seal, # <u>46</u> Exhibit 46 Text messages dated 3–24–2020 to 5–8–2020, # <u>47</u> Exhibit 47 Emails between AMCK representative dated 4–30–2020, # <u>48</u> Exhibit Emails dated 5–8–2020, # <u>49</u> Exhibit 49 Text messages dated 5–1–2020, # <u>50</u> Exhibit 50 Minutes of Board meeting held on 5–8–2020 Under Seal, # <u>51</u> Exhibit 51 Email dated 5–8–2020 (Redacted) And Under Seal, # <u>52</u> Exhibit 52 Letter dated 5–9–2020, # <u>53</u> Exhibit 53 Letter dated 5–12–2020 Under Seal, # <u>54</u> Exhibit 54 Letter dated 5–13–2020, # <u>55</u> Exhibit 55 Emails dated 5–13–2020 (Redacted) And Under Seal, # <u>56</u> Exhibit 56 Email dated 6–29–2020 (Redacted) And Under Seal, # <u>57</u> Exhibit 57 – Email dated 4–3–2020 – Under Seal, # <u>58</u> Exhibit 58 Email between Frontier and AMCK dated 6–23–2020 Under Seal, # <u>59</u> Exhibit Exhibit 59 AEO, Letter dated 6–29–2020 Under Seal, # <u>60</u> Exhibit 60 AEO, Letter dated 10–7–2020 Under Seal, # <u>61</u> Exhibit 61 AEO, AMCK Comparison Under Seal, # <u>62</u> Exhibit 62 Suppl Statement by Dr. Kevin Neels dated 10–28–2022, # <u>63</u> Exhibit 63 AEO, Emails dated 4–21–2020 Under Seal, # <u>64</u> Exhibit 64 – AEO, Emails dated 4–24–2020 Under Seal, # <u>65</u> Exhibit 65 AEO, Emailed dated 4–30–2020 Under Seal, # <u>66</u> Exhibit 66 AEO, Emails dated 5–4–2020 Under Seal, # <u>67</u> Exhibit 67 Emails dated 4–29–2020 Under Seal, # <u>68</u> Exhibit 68 Excerpts from Dep Tr of Fabian Bachrach, # <u>69</u> Exhibit 69 Excerpts from Dep Tr of Sharath Sashikumar Bindu, # <u>70</u> Exhibit 70 Excerpts from Dep Tr of James Dempsey, # <u>71</u> Exhibit 71 Excerpts from the Dep Tr of Robert Fanning, # <u>72</u> Exhibit 72 Excerpts from the Dep Tr of Francis Lee, # <u>73</u> Exhibit 73 – Excerpts from the Dep Tr of Gerald Ma, # <u>74</u> Exhibit 74 –Excerpts from the Dep Tr of Michael McInerney, # <u>75</u> Exhibit 75 – Excerpts from the Dep Tr of Ronan Murphy, # <u>76</u> Exhibit 76 – Excerpts from Dep Tr of Kevin Neels, # <u>77</u> Exhibit 77 – Excerpts from the Dep Tr of Jane OCallahan, # <u>78</u> Exhibit 78 – Excerpts from the Dep Tr of Paul Sheridan, # <u>79</u> Exhibit 79 –Excerpts from the Dep Tr of Spencer Thwaytes, # <u>80</u> Exhibit 80 – Frontier Resp to RFAs, # <u>81</u> Exhibit 81 – Neels Expert Report (Redacted) And Under Seal, # <u>82</u> Exhibit 82 –AMCK Org Chart).(Hosenpud, David) (Entered: 12/09/2022) |
| 12/09/2022 | <u>111</u> | LETTER MOTION to Seal addressed to Judge Louis L. Stanton from David G. Hosenpud dated December 9, 2022. Document filed by Frontier Airlines, Inc...(Hosenpud, David) (Entered: 12/09/2022) |
| 12/09/2022 | <u>112</u> | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: <u>93</u> MOTION for Summary Judgment . . Document filed by Frontier Airlines, Inc., AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, UMB Bank, N.A., Vermillion Aviation (Two) Limited, Wells Fargo Trust Company, N.A.. Motion or Order to File Under Seal: <u>111</u> .(Hosenpud, David) (Entered: 12/09/2022) |
| 12/09/2022 | <u>113</u> | ***SELECTED PARTIES*** RESPONSE re: <u>103</u> Rule 56.1 Statement, <u>98</u> Rule 56.1 Statement . Document filed by Frontier Airlines, Inc., AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, UMB Bank, N.A., Vermillion Aviation (Two) Limited, Wells Fargo Trust Company, N.A.. Motion or Order to File Under Seal: <u>111</u> .(Hosenpud, David) (Entered: 12/09/2022) |
| 12/09/2022 | <u>114</u> | ***SELECTED PARTIES***DECLARATION of James Dempsey in Opposition re: <u>93</u> MOTION for Summary Judgment .. Document filed by Frontier Airlines, Inc., AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, UMB Bank, N.A., Vermillion Aviation (Two) Limited, Wells Fargo Trust Company, N.A.. (Attachments: # <u>1</u> Exhibit 1 AEO, Letter of Intent dated 9–10–2019 Under |

| | | |
|---|---|---|
| | | Seal)Motion or Order to File Under Seal: <u>111</u> .(Hosenpud, David) (Entered: 12/09/2022) |
| 12/09/2022 | <u>115</u> | ***SELECTED PARTIES***DECLARATION of Sharath Sashikumar Bindu in Opposition re: <u>93</u> MOTION for Summary Judgment .. Document filed by Frontier Airlines, Inc., AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, UMB Bank, N.A., Vermillion Aviation (Two) Limited, Wells Fargo Trust Company, N.A.. (Attachments: # <u>1</u> Exhibit 1 AEO, Aircraft Lease Agreement Under Seal, # <u>2</u> Exhibit 2 AEO, Trust Agreement Under Seal, # <u>3</u> Exhibit 3 AEO, Framework Agreement Under Seal, # <u>4</u> Exhibit 4 AEO, Lessor Guaranty Under Seal, # <u>5</u> Exhibit 5 AEO, Lease Agreement Under Seal)Motion or Order to File Under Seal: <u>111</u> .(Hosenpud, David) (Entered: 12/09/2022) |
| 12/09/2022 | <u>116</u> | ***SELECTED PARTIES***DECLARATION of David G. Hosenpud in Opposition re: <u>93</u> MOTION for Summary Judgment .. Document filed by Frontier Airlines, Inc., AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, UMB Bank, N.A., Vermillion Aviation Trust Company, N.A.. (Attachments: # <u>1</u> Exhibit 1 – AEO, Airbus Purchase Agreement, # <u>2</u> Exhibit 2 AEO, Aircraft Sale and Leaseback Agreement, # <u>3</u> Exhibit 3 Text messages dated 3–20–2020, # <u>4</u> Exhibit 4 AEO, Amendment No. 8 to Purchase Agreement, # <u>5</u> Exhibit 5 AEO, Amendment No. 9 to Purchase Agreement, # <u>6</u> Exhibit 6 – Chase alerts AMCK sent to Frontier, # <u>7</u> Exhibit 7 – AEO, Framework Agreement dated 3–16–2020, # <u>8</u> Exhibit 8 – Email dated 3–12–2020, # <u>9</u> Exhibit 9 AEO, Email dated 4–2–2020, # <u>10</u> Exhibit 10 AEO, Lease Agreement dated 3–16–2020, # <u>11</u> Exhibit 11 – AEO, Trust Agreement dated 3–16–2020, # <u>12</u> Exhibit 12 AEO, Guaranty dated 3–16–2020, # <u>13</u> Exhibit 13 – Wire Transfer Receipt dated 3–13–2020, # <u>14</u> Exhibit 14 Emails between AMCK representatives dated 3–16–2020, # <u>15</u> Exhibit 15 Concessions request letter dated 3–16–2020, # <u>16</u> Exhibit 16 – Emails dated 3–12–2020, # <u>17</u> Exhibit 17 – Emails dated 3–13–2020, # <u>18</u> Exhibit 18 – Emails dated 3–22–2020, # <u>19</u> Exhibit 19 Emails dated 4–7–2020, # <u>20</u> Exhibit 20 Emails dated 3–23–2020 titled Weekly Agenda, # <u>21</u> Exhibit 21 AEO, Emails dated 3–23–2020 titled Rent Deferral Update.msg, # <u>22</u> Exhibit 22 – Emails dated 5–6–2020, # <u>23</u> Exhibit 23 Emails dated 3–24–2020, # <u>24</u> Exhibit 24 Text messages dated 3–23–2020, # <u>25</u> Exhibit 25 Emails dated 3–24–2020 Under Seal, # <u>26</u> Exhibit 26 Emails dated 3–24–2020, # <u>27</u> Exhibit 27 Email between AMCK representatives dated 5–8–2020, # <u>28</u> Exhibit 28 Emails dated 3–23–2020, # <u>29</u> Exhibit 29 Emails dated 4–2–2020 Under Seal, # <u>30</u> Exhibit 30 – Emails dated 4–1–2020, # <u>31</u> Exhibit 31 Text messages dated 3–14–2020 to 4–30–202, # <u>32</u> Exhibit 32 Emails dated 4–6–2020, # <u>33</u> Exhibit 33 – Emails dated 4–9–2020, # <u>34</u> Exhibit 34 Text messages dated 4–7–2020, # <u>35</u> Exhibit 35 Emails dated 4–13–2020, # <u>36</u> Exhibit 36 Emails dated 4–7–2020 and 4–30–2020, # <u>37</u> Exhibit 37 Minutes of Board meeting dated 4–22–2020, # <u>38</u> Exhibit 38 Emails dated 4–27–2020, # <u>39</u> Exhibit 39 Emails dated 5–1–2020 re Monthly Report, # <u>40</u> Exhibit 40 Emails dated 5–5–2020 Re Weekly Report, # <u>41</u> Exhibit 41 Emails between AMCK representatives dated 4–27–2020, # <u>42</u> Exhibit 42 – Emails between AMCK representatives dated 4–22–2020, # <u>43</u> Exhibit 43 – Emails dated 4–27–2020, # <u>44</u> Exhibit 44 Emails between AMCK representatives dated 4–30–2020, # <u>45</u> Exhibit 45 Emails between AMCK and Frontier representatives dated 4–30–2020, # <u>46</u> Exhibit 46 Text messages dated 3–24–2020 to 5–8–2020, # <u>47</u> Exhibit 47 Emails between AMCK representative dated 4–30–2020, # <u>48</u> Exhibit 48 Emails dated 5–8–2020, # <u>49</u> Exhibit 49 Text messages dated 5–1–2020, # <u>50</u> Exhibit 50 Minutes of Board meeting held on 5–8–2020, # <u>51</u> Exhibit 51 Email dated 5–8–2020, # <u>52</u> Exhibit 52 Letter dated 5–9–2020, # <u>53</u> Exhibit 53 Letter dated 5–12–2020, # <u>54</u> Exhibit 54 Letter dated 5–13–2020, # <u>55</u> Exhibit 55 – Emails dated 5–13–2020, # <u>56</u> Exhibit 56 – Email dated 6–29–20, # <u>57</u> Exhibit 57 – Email dated 4–3–2020, # <u>58</u> Exhibit 58 – Email between Frontier and AMCK dated 6–23–2020, # <u>59</u> Exhibit 59 AEO, Letter dated 6–29–2020, # <u>60</u> Exhibit 60 AEO, Letter dated 10–7–2020, # <u>61</u> Exhibit 61 AEO, AMCK Comparison, # <u>62</u> Exhibit 62 Suppl Statement by Dr. Kevin Neels dated 10–28–2022, # <u>63</u> Exhibit 63 AEO, Emails dated 4–21–2020, # <u>64</u> Exhibit 64 – AEO, Emails dated 4–24–2020, # <u>65</u> Exhibit 65 AEO, Emailed dated 4–30–2020, # <u>66</u> Exhibit 66 AEO, Emails dated 5–4–2020, # <u>67</u> Exhibit 67 – Emails dated 4–29–2020, # <u>68</u> Exhibit 68 Excerpts from Dep Tr of Fabian Bachrach, # <u>69</u> Exhibit 69 Excerpts from Dep Tr of Sharath Sashikumar Bindu, # <u>70</u> Exhibit 70 Excerpts from Dep Tr of James Dempsey, # <u>71</u> Exhibit 71 Excerpts from the Dep Tr of Robert Fanning, # <u>72</u> Exhibit 72 Excerpts from the Dep Tr of Francis Lee, # <u>73</u> Exhibit 73 Excerpts from the Dep Tr of Gerald |

| | | |
|---|---|---|
| | | Ma, # <u>74</u> Exhibit 74 Excerpts from the Dep Tr of Michael McInerney, # <u>75</u> Exhibit 75 Excerpts from the Dep Tr of Ronan Murphy, # <u>76</u> Exhibit Excerpts from Dep Tr of Kevin Neels, # <u>77</u> Exhibit 77 Excerpts from the Dep Tr of Jane OCallahan, # <u>78</u> Exhibit 79 – Excerpts from the Dep Tr of Spencer Thwaytes, # <u>79</u> Exhibit 80 – Frontier Resp to RFAs, # <u>80</u> Exhibit 81 –Neels Expert Report, # <u>81</u> Exhibit 82 – AMCK Org Chart)Motion or Order to File Under Seal: <u>111</u> .(Hosenpud, David) (Entered: 12/09/2022) |
| 12/13/2022 | <u>118</u> | MEMORANDUM & ORDER granting in part and denying in part <u>111</u> Letter Motion to Seal.For the reasons set forth above, the Court grants Frontier's motion to seal in part and denies in part. The Court grant's Frontier's sealing request of Exhibits 6, 13, 18, 20, 21, 23, 29, 31, 33, 36, 38, 39, 40, 41, 42, 50 55, 56 58, 61 63, 64, 65, 66, 67 of the Hosenpud Declaration. Exhibits 1, 2, 4, 5, 7, 9, 10, 11, 12, 53, 59, and 60 of the Hosenpud Declaration, Exhibit 1 of the Dempsey Declaration, and Exhibits 1–5 of the Bindu Declaration will be unsealed by January 13, 2023, unless Frontier has submitted updated proposed redactions. (Signed by Judge Louis L. Stanton on 12/13/2022) (rro) (Entered: 12/15/2022) |
| 12/14/2022 | <u>117</u> | SECOND AMENDED SCHEDULING ORDER:David G. Hosenpud, counsel for plaintiff, and Jeff Butler, counsel for the defendants, having met and conferred, submit the following proposed amended scheduling order. Depositions have been completed in this matter. The schedule below sets forth the remaining discovery deadlines. Replies due by 12/30/2022. Deposition due by 10/28/2022. Pretrial Conference: TBD. Pretrial Order due by 1/10/2023. The parties estimate the trial will last 5–6 days. The parties request a bench trial. This Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference or when justice so requires. (And as further set forth herein.) APPROVED. (Signed by Judge Louis L. Stanton on 12/14/2022) (rro) (Entered: 12/14/2022) |
| 12/30/2022 | <u>119</u> | REPLY MEMORANDUM OF LAW in Support re: <u>93</u> MOTION for Summary Judgment . . Document filed by AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, UMB Bank, N.A., Vermillion Aviation (Two) Limited, Wells Fargo Trust Company, N.A...(Butler, Jeff) (Entered: 12/30/2022) |
| 12/30/2022 | <u>120</u> | LETTER MOTION for Oral Argument *on Motion for Summary Judgment* addressed to Judge Louis L. Stanton from Jeff E. Butler dated 12/30/22. Document filed by AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, UMB Bank, N.A., Vermillion Aviation (Two) Limited, Wells Fargo Trust Company, N.A...(Butler, Jeff) (Entered: 12/30/2022) |
| 01/06/2023 | <u>121</u> | LETTER RESPONSE to Motion addressed to Judge Louis L. Stanton from David G. Hosenpud dated January 6, 2023 re: <u>111</u> LETTER MOTION to Seal addressed to Judge Louis L. Stanton from David G. Hosenpud dated December 9, 2022. . Document filed by Frontier Airlines, Inc.. (Attachments: # <u>1</u> Exhibit 1 (to Hosenpud Decl) 2011–09–30 Airbus Purchase Agreement, # <u>2</u> Exhibit 2 (to Hosenpud Decl) 2020–07–24 SLB for MSN 9549, # <u>3</u> Exhibit 4 (to Hosenpud Decl) 2020–03–16 Amendment No. 8, # <u>4</u> Exhibit 5 (to Hosenpud Decl) 2020–05–04 Amendment No. 9, # <u>5</u> Exhibit 7 (to Hosenpud Decl) 2020–03–16 Framework Agreement, # <u>6</u> Exhibit 9 (to Hosenpud Decl) 2020–04–02 Email re Delivery, # <u>7</u> Exhibit 10 (to Hosenpud Decl) 2020–03–16 Lease Agreement, # <u>8</u> Exhibit 11 (to Hosenpud Decl) 2020–03–16 Trust Agreement, # <u>9</u> Exhibit 12 (to Hosenpud Decl) 2020–03–16 Guaranty, # <u>10</u> Exhibit 53 (to Hosenpud Decl) 2020–05–12 AMCK Response Letter, # <u>11</u> Exhibit 59 (to Hosenpud Decl) 2020–06–29 CDB LOI, # <u>12</u> Exhibit 60 (to Hosenpud Decl) 2020–10–07 JSA LOI, # <u>13</u> Exhibit 1 (to Dempsey Decl) 2019–09–10 LOI for Six Aircraft, # <u>14</u> Exhibit 1 (to Bindu Decl) MSN 8402 Aircraft Lease Agreement, # <u>15</u> Exhibit 2 (to Bindu Decl) MSN 8402 Trust, # <u>16</u> Exhibit 3 (to Bindu Decl) 2018 Framework Agreement (excerpts), # <u>17</u> Exhibit 4 (to Bindu Decl) MSN 8402 Lessor Guaranty, # <u>18</u> Exhibit 5 (to Bindu Decl) MSN 9177 Lease Agreement).(Hosenpud, David) (Entered: 01/06/2023) |
| 01/06/2023 | <u>122</u> | ***SELECTED PARTIES***LETTER RESPONSE to Motion addressed to Judge Louis L. Stanton from David G. Hosenpud dated January 6, 2023 re: <u>111</u> LETTER MOTION to Seal addressed to Judge Louis L. Stanton from David G. Hosenpud dated December 9, 2022. . Document filed by Frontier Airlines, Inc., AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, UMB Bank, N.A., Vermillion Aviation (Two) Limited, Wells Fargo Trust Company, N.A.. (Attachments: |

| | | |
|---|---|---|
| | | # 1 Exhibit 1 (to Hosenpud Decl) 2011–09–30 Airbus Purchase Agreement, # 2 Exhibit 2 (to Hosenpud Decl) 2020–07–24 SLB for MSN 9549, # 3 Exhibit 4 (to Hosenpud Decl) 2020–03–16 Amendment No. 8, # 4 Exhibit 5 (to Hosenpud Decl) 2020–05–04 Amendment No. 9, # 5 Exhibit 7 (to Hosenpud Decl) 2020–03–16 Framework Agreement, # 6 Exhibit 9 (to Hosenpud Decl) 2020–04–02 Email re Delivery, # 7 Exhibit 10 (to Hosenpud Decl) 2020–03–16 Lease Agreement, # 8 Exhibit 11 (to Hosenpud Decl) 2020–03–16 Trust Agreement, # 9 Exhibit 12 (to Hosenpud Decl) 2020–03–16 Guaranty, # 10 Exhibit 53 (to Hosenpud Decl) 2020–05–12 AMCK Response Letter, # 11 Exhibit 59 (to Hosenpud Decl) 2020–06–29 CDB LOI, # 12 Exhibit 60 (to Hosenpud Decl) 2020–10–07 JSA LOI, # 13 Exhibit 1 (to Dempsey Decl) 2019–09–10 LOI for Six Aircraft, # 14 Exhibit 1 (to Bindu Decl) MSN 8402 Aircraft Lease Agreement, # 15 Exhibit 2 (to Bindu Decl) MSN 8402 Trust, # 16 Exhibit 3 (to Bindu Decl) 2018 Framework Agreement (excerpts), # 17 Exhibit 4 (to Bindu Decl) MSN 8402 Lessor Guaranty, # 18 Exhibit 5 (to Bindu Decl) MSN 9177 Lease Agreement)Motion or Order to File Under Seal: 118 .(Hosenpud, David) (Entered: 01/06/2023) |
| 07/06/2023 | 123 | OPINION & ORDER granting in part and denying in part 93 Motion for Summary Judgment: Defendants' motion for summary judgment is denied as to the second claim for breach of the Framework Agreement against AMCK, Accipiter, and Vermillion, but is granted as to all other claims. (Signed by Judge Louis L. Stanton on 7/6/2023) (ml) (Entered: 07/06/2023) |
| 07/07/2023 | 124 | MEMORANDUM & ORDER: The exception to that being Section 3.3.1 of Exhibit 7 to the Hosenpud declaration, which the Court relied upon and thus which no countervailing factors justify sealing. Frontier is directed to unseal Section 3.3.1 of Exhibit 7 to the Hosenpud declaration. (Signed by Judge Louis L. Stanton on 7/7/2023) (rro) Modified on 7/18/2023 (rro). (Entered: 07/07/2023) |
| 07/11/2023 | 125 | RESPONSE re: 124 Order, . Document filed by Frontier Airlines, Inc.. (Attachments: # 1 Exhibit 7 (to Hosenpud Decl) Framework Agmt).(Hosenpud, David) (Entered: 07/11/2023) |
| 07/11/2023 | 126 | ***SELECTED PARTIES*** RESPONSE re: 124 Order, . Document filed by All Defendants. (Attachments: # 1 Exhibit 7 (to Hosenpud Decl) Framework Agmt)Motion or Order to File Under Seal: 124 .(Hosenpud, David) (Entered: 07/11/2023) |
| 07/11/2023 | 127 | MEMO ENDORSEMENT on re: 126 Response filed by Frontier Airlines, Inc. ENDORSEMENT: As Plaintiff's requests, the updated version of Exhibit 7 to the Hosenpud Declaration (i.e. the Framework Agreement) is to remain under seal, consistent with the Court's July 7, 2023 order. So Ordered. (Signed by Judge Louis L. Stanton on 7/11/23) (yv) (Entered: 07/12/2023) |
| 07/20/2023 | 128 | NOTICE OF CHANGE OF ADDRESS by Neil Stephen Binder on behalf of Frontier Airlines, Inc.. New Address: Binder & Schwartz LLP, 675 Third Avenue, 26th Floor, New York, NY, USA 10017, (212) 510–7008..(Binder, Neil) (Entered: 07/20/2023) |
| 09/01/2023 | | Set/Reset Hearings: Scheduling Conference set for 10/6/2023 at 03:00 PM in Courtroom 21C, 500 Pearl Street, New York, NY 10007 before Judge Louis L. Stanton. (ml) (Entered: 09/01/2023) |
| 09/21/2023 | 129 | LETTER MOTION to Seal addressed to Judge Louis L. Stanton from David G. Hosenpud dated September 21, 2023. Document filed by Frontier Airlines, Inc...(Hosenpud, David) (Entered: 09/21/2023) |
| 09/21/2023 | 130 | LETTER MOTION to Seal addressed to Judge Louis L. Stanton from Jeff E. Butler dated 9/21/23. Document filed by AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, UMB Bank, N.A., Vermillion Aviation (Two) Limited, Wells Fargo Trust Company, N.A...(Butler, Jeff) (Entered: 09/21/2023) |
| 09/21/2023 | 131 | ***SELECTED PARTIES***DECLARATION of Dr. Kevin Neels re: 129 LETTER MOTION to Seal addressed to Judge Louis L. Stanton from David G. Hosenpud dated September 21, 2023. . Document filed by All Defendants. (Attachments: # 1 Appendix Expert Report dated Sept. 9, 2022 and Appendix 1–3, # 2 Appendix Appendix 4 – Exhibits D–1 to D–16, # 3 Appendix Suppl Expert Report dated Oct. 28, 2022)Motion or Order to File Under Seal: 129 .(Hosenpud, David) (Entered: 09/21/2023) |

| | | |
|---|---|---|
| 09/21/2023 | 132 | DECLARATION of Dr. Kevin Neels . Document filed by Frontier Airlines, Inc.. (Attachments: # 1 Appendix Expert Report dated Sept. 9, 2022 and Appendix 1–3, # 2 Appendix 4 – Exhibits D–1 to D–16, # 3 Appendix Expert Report dated Oct. 28, 2022).(Hosenpud, David) (Entered: 09/21/2023) |
| 09/21/2023 | 133 | ***SELECTED PARTIES***DECLARATION of Rikard de Jounge . Document filed by UMB Bank, N.A., Accipiter Investment 4 Limited, AMCK Aviation Holdings Ireland Limited, Vermillion Aviation (Two) Limited, Wells Fargo Trust Company, N.A., Frontier Airlines, Inc.. (Attachments: # 1 Exhibit 1 – Biography, # 2 Exhibit 2 – Curriculum Vitae, # 3 Exhibit 3 – Documents, # 4 Exhibit 4 – Cash Flow Calculation, # 5 Exhibit 5 – Cash Flow Calculation, # 6 Exhibit 6 – Cash Flow Calculation, # 7 Exhibit 7 – Cash Flow Calculation, # 8 Exhibit 8 – Cash Flow Calculation)Motion or Order to File Under Seal: 130 .(Butler, Jeff) (Entered: 09/21/2023) |
| 09/21/2023 | 134 | TRIAL BRIEF . Document filed by AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, UMB Bank, N.A., Vermillion Aviation (Two) Limited, Wells Fargo Trust Company, N.A...(Butler, Jeff) (Entered: 09/21/2023) |
| 09/21/2023 | 135 | JOINT FINAL TRIAL REPORT. Document filed by Frontier Airlines, Inc.. (Attachments: # 1 Exhibit Joint, Plaintiff's, and Defendant's List of Trial Exhibits).(Hosenpud, David) (Entered: 09/21/2023) |
| 09/21/2023 | 136 | TRIAL BRIEF . Document filed by Frontier Airlines, Inc...(Hosenpud, David) (Entered: 09/21/2023) |
| 09/28/2023 | 137 | ORDER granting 130 Letter Motion to Seal. The references in the Neels and de Jounge declarations are just what the cases preceding and following Lugosch meant to exclude as highly confidential and important to their authors and of no interest to anyone else, except their competitors. They may retain the redactions made on the filed copies. So Ordered. (Signed by Judge Louis L. Stanton on 9/28/23) (yv) (Entered: 09/29/2023) |
| 09/28/2023 | 138 | ORDER granting 129 Letter Motion to Seal. The references in the Neels and de Jounge declarations are just what the cases preceding and following Lugosch meant to exclude as highly confidential and important to their authors and of no interest to anyone else, except their competitors. They may retain the redactions made on the filed copies. So Ordered. (Signed by Judge Louis L. Stanton on 9/28/23) (yv) (Entered: 09/29/2023) |
| 10/06/2023 | | Minute Entry for proceedings held before Judge Louis L. Stanton: Final Pretrial Conference held on 10/6/2023. (Court Reporter George Malinowski) (ml) (Entered: 10/06/2023) |
| 10/13/2023 | 139 | JOINT LETTER addressed to Judge Louis L. Stanton from David G. Hosenpud dated October 13, 2023 re: Trial Dates. Document filed by Frontier Airlines, Inc...(Hosenpud, David) (Entered: 10/13/2023) |
| 10/17/2023 | 140 | TRANSCRIPT of Proceedings re: CONFERENCE held on 10/6/2023 before Judge Louis L. Stanton. Court Reporter/Transcriber: George Malinowski, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/7/2023. Redacted Transcript Deadline set for 11/17/2023. Release of Transcript Restriction set for 1/15/2024..(McGuirk, Kelly) (Entered: 10/17/2023) |
| 10/17/2023 | 141 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 10/6/2023 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 10/17/2023) |
| 10/17/2023 | 142 | MEMO ENDORSEMENT on re: 139 Letter filed by Frontier Airlines, Inc. ENDORSEMENT: So Ordered. (Signed by Judge Louis L. Stanton on 10/17/2023) (vfr) (Entered: 10/17/2023) |

| | | |
|---|---|---|
| 02/22/2024 | 143 | JOINT LETTER MOTION to Continue *re Trial* addressed to Judge Louis L. Stanton from David G. Hosenpud dated February 22, 2024. Document filed by Frontier Airlines, Inc...(Hosenpud, David) (Entered: 02/22/2024) |
| 02/23/2024 | 144 | ORDER granting 143 Letter Motion to Continue. So Ordered. (Signed by Judge Louis L. Stanton on 2/23/2024) (rro) (Entered: 02/23/2024) |
| 03/20/2024 | 145 | NOTICE of Withdrawal of Appearance. Document filed by AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, UMB Bank, N.A., Vermillion Aviation (Two) Limited, Wells Fargo Trust Company, N.A...(Reem, Minji) (Entered: 03/20/2024) |
| 03/20/2024 | 146 | MEMO ENDORSEMENT on re: 145 Notice (Other) filed by AMCK Aviation Holdings Ireland Limited, UMB Bank, N.A., Wells Fargo Trust Company, N.A., Accipiter Investment 4 Limited, Vermillion Aviation (Two) Limited ENDORSEMENT: SO ORDERED. Attorney Minji Reem terminated. (Signed by Judge Louis L. Stanton on 3/20/2024) (rro) (Entered: 03/21/2024) |
| 03/25/2024 | 147 | NOTICE of Plaintiff's Deposition Designations. Document filed by Frontier Airlines, Inc...(Hosenpud, David) (Entered: 03/25/2024) |
| 04/03/2024 | | Set/Reset Hearings: Bench Trial set for 4/8/2024 at 11:00 AM in Courtroom 21C, 500 Pearl Street, New York, NY 10007 before Judge Louis L. Stanton. (ml) (Entered: 04/03/2024) |
| 04/05/2024 | 148 | NOTICE of Plaintiff's Amended Deposition Designations with Defendants' Objections and Plaintiff's Responses. Document filed by Frontier Airlines, Inc...(Hosenpud, David) (Entered: 04/05/2024) |
| 04/08/2024 | | Minute Entry for proceedings held before Judge Louis L. Stanton: Bench Trial begun on 4/8/2024. (Court Reporter Rebecca Forman/Shoronda Jones) (ml) (Entered: 04/08/2024) |
| 04/09/2024 | | Minute Entry for proceedings held before Judge Louis L. Stanton: Bench Trial held on 4/9/2024. (Court Reporter Rebecca Forman/Shoronda Jones) (ml) (Entered: 04/09/2024) |
| 04/10/2024 | | Minute Entry for proceedings held before Judge Louis L. Stanton: Bench Trial held on 4/10/2024. (Court Reporter Rebecca Forman/Shoronda Jones) (ml) (Entered: 04/10/2024) |
| 04/11/2024 | | Minute Entry for proceedings held before Judge Louis L. Stanton: Bench Trial held on 4/11/2024. (Court Reporter Sharonda Jones) (ml) (Entered: 04/11/2024) |
| 04/12/2024 | | Minute Entry for proceedings held before Judge Louis L. Stanton: Bench Trial held on 4/12/2024. (Court Reporter Rebecca Forman) (ml) (Entered: 04/12/2024) |
| 04/15/2024 | | Minute Entry for proceedings held before Judge Louis L. Stanton: Bench Trial held on 4/15/2024. (Court Reporter Rebecca Forman/Shoronda Jones) (ml) (Entered: 04/15/2024) |
| 04/16/2024 | | Minute Entry for proceedings held before Judge Louis L. Stanton: Bench Trial held on 4/16/2024. (Court Reporter Rebecca Forman/Shoronda Jones) (ml) (Entered: 04/16/2024) |
| 04/17/2024 | | Minute Entry for proceedings held before Judge Louis L. Stanton: Bench Trial completed on 4/17/2024. (Court Reporter Sharonda Jones) (ml) (Entered: 07/09/2024) |
| 04/25/2024 | 149 | LETTER addressed to Judge Louis L. Stanton from David G. Hosenpud dated April 25, 2024 re: Supplemental Responses to Court's Questions. Document filed by Frontier Airlines, Inc...(Hosenpud, David) (Entered: 04/25/2024) |
| 05/02/2024 | 150 | POST TRIAL MEMORANDUM. Document filed by Frontier Airlines, Inc...(Hosenpud, David) (Entered: 05/02/2024) |
| 05/02/2024 | 151 | POST TRIAL MEMORANDUM. Document filed by AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, Vermillion Aviation (Two) Limited..(Butler, Jeff) (Entered: 05/02/2024) |

| 05/07/2024 | 152 | NOTICE of Plaintiff's Second Amended Deposition Designations with Defendants' Objections and Plaintiff's Responses. Document filed by Frontier Airlines, Inc...(Hosenpud, David) (Entered: 05/07/2024) |
|---|---|---|
| 05/07/2024 | 153 | NOTICE of Amended Exhibit A to Joint Pretrial Order re: 135 Joint Final Trial Report. Document filed by Frontier Airlines, Inc.. (Attachments: # 1 Exhibit A – Amended Joint, Plaintiff's and Defendants' Trial Exhibits).(Hosenpud, David) (Entered: 05/07/2024) |
| 05/10/2024 | 154 | TRANSCRIPT of Proceedings re: TRIAL held on 4/8/2024 before Judge Louis L. Stanton. Court Reporter/Transcriber: Rebecca Forman, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/31/2024. Redacted Transcript Deadline set for 6/10/2024. Release of Transcript Restriction set for 8/8/2024..(McGuirk, Kelly) (Entered: 05/10/2024) |
| 05/10/2024 | 155 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 4/8/2024 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 05/10/2024) |
| 05/10/2024 | 156 | TRANSCRIPT of Proceedings re: TRIAL held on 4/9/2024 before Judge Louis L. Stanton. Court Reporter/Transcriber: Rebecca Forman, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/31/2024. Redacted Transcript Deadline set for 6/10/2024. Release of Transcript Restriction set for 8/8/2024..(McGuirk, Kelly) (Entered: 05/10/2024) |
| 05/10/2024 | 157 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 4/9/2024 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 05/10/2024) |
| 05/10/2024 | 158 | TRANSCRIPT of Proceedings re: TRIAL held on 4/10/2024 before Judge Louis L. Stanton. Court Reporter/Transcriber: Sharonda Jones, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/31/2024. Redacted Transcript Deadline set for 6/10/2024. Release of Transcript Restriction set for 8/8/2024..(McGuirk, Kelly) (Entered: 05/10/2024) |
| 05/10/2024 | 159 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 4/10/24 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 05/10/2024) |
| 05/10/2024 | 160 | TRANSCRIPT of Proceedings re: TRIAL held on 4/11/2024 before Judge Louis L. Stanton. Court Reporter/Transcriber: Sharonda Jones, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/31/2024. Redacted Transcript Deadline set for 6/10/2024. Release of Transcript Restriction set for 8/8/2024..(McGuirk, Kelly) (Entered: 05/10/2024) |
| 05/10/2024 | 161 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 4/11/2024 has been filed by the |

| | | |
|---|---|---|
| | | court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 05/10/2024) |
| 05/10/2024 | 162 | TRANSCRIPT of Proceedings re: TRIAL held on 4/12/2024 before Judge Louis L. Stanton. Court Reporter/Transcriber: Rebecca Forman, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/31/2024. Redacted Transcript Deadline set for 6/10/2024. Release of Transcript Restriction set for 8/8/2024..(McGuirk, Kelly) (Entered: 05/10/2024) |
| 05/10/2024 | 163 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 4/12/2024 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 05/10/2024) |
| 05/10/2024 | 164 | TRANSCRIPT of Proceedings re: TRIAL held on 4/15/2024 before Judge Louis L. Stanton. Court Reporter/Transcriber: Rebecca Forman, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/31/2024. Redacted Transcript Deadline set for 6/10/2024. Release of Transcript Restriction set for 8/8/2024..(McGuirk, Kelly) (Entered: 05/10/2024) |
| 05/10/2024 | 165 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 4/15/2024 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 05/10/2024) |
| 05/10/2024 | 166 | TRANSCRIPT of Proceedings re: TRIAL held on 4/16/2024 before Judge Louis L. Stanton. Court Reporter/Transcriber: Sharonda Jones, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/31/2024. Redacted Transcript Deadline set for 6/10/2024. Release of Transcript Restriction set for 8/8/2024..(McGuirk, Kelly) (Entered: 05/10/2024) |
| 05/10/2024 | 167 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 4/16/2024 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 05/10/2024) |
| 05/10/2024 | 168 | TRANSCRIPT of Proceedings re: TRIAL held on 4/17/2024 before Judge Louis L. Stanton. Court Reporter/Transcriber: Sharonda Jones, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/31/2024. Redacted Transcript Deadline set for 6/10/2024. Release of Transcript Restriction set for 8/8/2024..(McGuirk, Kelly) (Entered: 05/10/2024) |
| 05/10/2024 | 169 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 4/17/2024 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely |

| | | |
|---|---|---|
| | | electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 05/10/2024) |
| 06/14/2024 | <u>170</u> | OPINION & ORDER: For the foregoing reasons, AMCK breached the Framework Agreement, and Accipiter and Vermillion are proper defendants. Accordingly, judgment will be entered in favor of Frontier and against AMCK, Accipiter, and Vermillion in the amount of $48,660,000, plus interest from the date of breach at a rate of 9%. The Court accepts Dr. Neels's damages calculation because, while a pre−tax approach is standard, his use of a constant tax rate yielded the same result, and his rent computations comported with Frontier's internal estimates and actual payments. Additionally, AMCK is liable to Frontier for all losses, fees, costs, and expenses − including attorneys' fees − under the Original Leases and the Framework Agreement. JX−2 & 7, § 17.l(a); JX−24, § 7.1. The Clerk is directed to enter judgment accordingly. (Signed by Judge Louis L. Stanton on 6/14/2024) (ml) Transmission to Orders and Judgments Clerk for processing. (Entered: 06/14/2024) |
| 06/17/2024 | <u>171</u> | CLERK'S JUDGMENT re: <u>170</u> Memorandum & Opinion in favor of Frontier Airlines, Inc. against AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, Vermillion Aviation (Two) Limited in the amount of $ 66,669,532.60. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasonsstated in the Court's Opinion & Order dated June 14, 2024, judgment is entered in favor of Frontier and against AMCK, Accipiter, and Vermillion in the amount of $48,660,000, plus interest from (5/8/2020) the date of breach at a rate of 9% for the total interest amount of $18,009,532.60. The Court accepts Dr. Neels's damages calculation because, while a pre−tax approach is standard, his use of a constant tax rate yielded the same result, and his rent computations comported with Frontier's internal estimates and actual payments. Additionally, AMCK is liable to Frontier for all losses, fees, costs, and expenses − including attorneys' fees − under the Original Leases and the Framework Agreement. JX−2 & 7, § 17.l(a); JX−24, § 7.1. (Signed by Acting, Clerk of Court Danny Ortiz on 6/17/2024) (Attachments: # <u>1</u> Appeal Package) (tp) (Entered: 06/17/2024) |
| 06/25/2024 | <u>172</u> | NOTICE OF CHANGE OF ADDRESS by Jeff Edward Butler on behalf of AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, UMB Bank, N.A., Vermillion Aviation (Two) Limited, Wells Fargo Trust Company, N.A.. New Address: Clifford Chance US LLP, 375 9th Avenue, New York, NY, United States 10001, 2128788000..(Butler, Jeff) (Entered: 06/25/2024) |
| 06/25/2024 | <u>173</u> | MOTION to Alter Judgment re: <u>170</u> Memorandum & Opinion,,, <u>171</u> Clerk's Judgment,,,, . Document filed by AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, Vermillion Aviation (Two) Limited..(Butler, Jeff) (Entered: 06/25/2024) |
| 06/25/2024 | <u>174</u> | MEMORANDUM OF LAW in Support re: <u>173</u> MOTION to Alter Judgment re: <u>170</u> Memorandum & Opinion,,, <u>171</u> Clerk's Judgment,,,, . . Document filed by AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, Vermillion Aviation (Two) Limited..(Butler, Jeff) (Entered: 06/25/2024) |
| 07/01/2024 | <u>175</u> | AMENDED OPINION & ORDER: For the foregoing reasons, AMCK breached the FrameworkAgreement, and Accipiter and Vermillion are proper defendants. Accordingly, judgment will be entered in favor of Frontier and against AMCK, Accipiter, and Vermillion in the amount of $48,660,000, plus interest from April 8, 2024 at a rate of 9%. The Court accepts Dr. Neels's damages calculation because, while apre−tax approach is standard, his use of a constant tax rate yielded the same result, and his rent computations comported with Frontier's internal estimates and actual payments. Additionally, AMCK is liable to Frontier for all losses, fees, costs, and expenses including attorneys' fees − under the Original Leases and the Framework Agreement. JX−2 & 7, §17.l(a); JX−24, §7.1. The Clerk is directed to enter judgment accordingly. (Signed by Judge Louis L. Stanton on 7/1/2024) (ml) (Entered: 07/01/2024) |
| 07/01/2024 | <u>176</u> | ORDER re: <u>173</u> MOTION to Alter Judgment re: <u>170</u> Memorandum & Opinion, <u>171</u> Clerk's Judgment, . : Defendants' June 25, 2024 Motion to Amend the Judgment (Dkt. No. 173) is granted. The Clerk is directed to amend the June 17, 2024 Judgment (Dkt. No. 171) to award 9% interest from April 8, 2024, instead of May 8, 2020. The Court's June 14, 2024 Opinion & Order(Dkt. No. 170) is amended accordingly. (Signed by |

| | | |
|---|---|---|
| | | Judge Louis L. Stanton on 7/1/2024) (ml) Transmission to Orders and Judgments Clerk for processing. (Entered: 07/01/2024) |
| 07/01/2024 | [177](#) | MOTION for Attorney Fees *, Costs, and Expenses*. Document filed by Frontier Airlines, Inc...(Hosenpud, David) (Entered: 07/01/2024) |
| 07/01/2024 | [178](#) | MEMORANDUM OF LAW in Support re: [177](#) MOTION for Attorney Fees *, Costs, and Expenses*. . Document filed by Frontier Airlines, Inc...(Hosenpud, David) (Entered: 07/01/2024) |
| 07/01/2024 | [179](#) | DECLARATION of David G. Hosenpud in Support re: [177](#) MOTION for Attorney Fees *, Costs, and Expenses*.. Document filed by Frontier Airlines, Inc.. (Attachments: # [1](#) Exhibit 1 – Lane Powell Atty Resumes, # [2](#) Exhibit 2 – Lane Powell Invoices, # [3](#) Exhibit 3 – Lane Powell Summary Fees, # [4](#) Exhibit 4 – Binder Schwartz Resumes, # [5](#) Exhibit 5 – Binder Schwartz Invoices, # [6](#) Exhibit 6 – Binder Schwartz Summary of Fees, # [7](#) Exhibit 7 – LP Summary of Costs, # [8](#) Exhibit 8 – Dep Costs and Invoices, # [9](#) Exhibit 9 – Trial Transcript Cost and Invoices, # [10](#) Exhibit 10 – Consilio Summary and Invoices, # [11](#) Exhibit 11 – Dr Neels and Brattle Group Resumes, # [12](#) Exhibit 12 – Brattle Group Summary, # [13](#) Exhibit 13 – Brattle Group Invoices, # [14](#) Exhibit 14 – Real Rate Report by Wolters Kluwer).(Hosenpud, David) (Entered: 07/01/2024) |
| 07/02/2024 | [180](#) | AMENDED CLERK'S JUDGMENT amending [171](#) Clerk's Judgment, in favor of Frontier Airlines, Inc. against AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, Vermillion Aviation (Two) Limited in the amount of $ 49,499,884.93. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasonsstated in the Court's Amended Opinion & Order dated July 1, 2024 and the Courts Order dated July 1, 2024 Order dated July' June 25, 2024 Motion to Amend the Judgment (Dkt. No. 173) is granted. Accordingly, judgment is entered in favor of Frontier and against AMCK, Accipiter, and Vermillion in the amount of $48,660,000, plus interest at 9% from April 8, 2024 of $839,884.93 for a total sum of $49,499,884,93. (Signed by Clerk of Court – Acting Daniel Ortiz on 7/2/2024) (Attachments: # [1](#) Appeal Package) (tp) (Entered: 07/02/2024) |
| 07/12/2024 | [181](#) | MOTION for Judgment as a Matter of Law *pursuant to Rule 52(b) of the Federal Rules of Civil Procedure*. Document filed by AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, Vermillion Aviation (Two) Limited..(Butler, Jeff) (Entered: 07/12/2024) |
| 07/12/2024 | [182](#) | MEMORANDUM OF LAW in Support re: [181](#) MOTION for Judgment as a Matter of Law *pursuant to Rule 52(b) of the Federal Rules of Civil Procedure*. . Document filed by AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, Vermillion Aviation (Two) Limited..(Butler, Jeff) (Entered: 07/12/2024) |
| 07/12/2024 | [183](#) | NOTICE OF APPEAL from [175](#) Order,,, [170](#) Memorandum & Opinion,,, [180](#) Amended Judgment,,, [171](#) Clerk's Judgment,,,,. Document filed by AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, Vermillion Aviation (Two) Limited. Filing fee $ 605.00, receipt number ANYSDC–29599659. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Butler, Jeff) Modified on 7/15/2024 (nd). (Entered: 07/12/2024) |
| 07/15/2024 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [183](#) Notice of Appeal..(nd) (Entered: 07/15/2024) |
| 07/15/2024 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for [183](#) Notice of Appeal, filed by AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, Vermillion Aviation (Two) Limited were transmitted to the U.S. Court of Appeals..(nd) (Entered: 07/15/2024) |
| 07/15/2024 | [184](#) | MEMORANDUM OF LAW in Opposition re: [177](#) MOTION for Attorney Fees *, Costs, and Expenses*. . Document filed by AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, Vermillion Aviation (Two) Limited..(Butler, Jeff) (Entered: 07/15/2024) |
| 07/17/2024 | [185](#) | NOTICE OF REQUIRED CASE STATUS UPDATE re: [183](#) Notice of Appeal. A notice of appeal was filed in this case on 7/12/2024. Since at least one motion cited inFRAP 4(a)4 has been filed in the district court this appeal is stayed pending resolution of the motion(s). Appellant is directed to inform this Court in writing of the |

| | | |
|---|---|---|
| | | status of the motion(s) at 30 day intervals beginning 30 days from the date of this notice, and within 14 days after final disposition of the last outstanding motion. Appellant is also directed to provide the Court with a copy of all dispositive orders. (tp) (Entered: 07/17/2024) |
| 07/22/2024 | 186 | REPLY to Response to Motion re: 177 MOTION for Attorney Fees , *Costs, and Expenses*. . Document filed by Frontier Airlines, Inc...(Hosenpud, David) (Entered: 07/22/2024) |
| 07/22/2024 | 187 | DECLARATION of David G. Hosenpud (Supplemental) in Support re: 177 MOTION for Attorney Fees , *Costs, and Expenses*.. Document filed by Frontier Airlines, Inc.. (Attachments: # 1 Exhibit 15 – Lane Powell Inv dated 7–22–2024 No. 3936950).(Hosenpud, David) (Entered: 07/22/2024) |
| 07/23/2024 | 188 | LETTER MOTION for Leave to File Sur–reply *in response to Plaintiff's reply in further support of motion for attorney's fees,* addressed to Judge Louis L. Stanton from Jeff E. Butler dated July 23, 2024. Document filed by AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, Vermillion Aviation (Two) Limited..(Butler, Jeff) (Entered: 07/23/2024) |
| 07/25/2024 | 189 | ORDER granting 188 Letter Motion for Leave to File Document. Granted.. (Signed by Judge Richard G. Stearns on 7/25/2024) (tg) (Entered: 07/25/2024) |
| 07/26/2024 | 190 | RESPONSE in Opposition to Motion re: 181 MOTION for Judgment as a Matter of Law *pursuant to Rule 52(b) of the Federal Rules of Civil Procedure*. . Document filed by Frontier Airlines, Inc...(Hosenpud, David) (Entered: 07/26/2024) |
| 07/26/2024 | 191 | RESPONSE in Opposition to Motion re: 177 MOTION for Attorney Fees , *Costs, and Expenses*. *Defendants' Sur–Reply in Opposition to Frontier's Motion for Attorney's Fees, Costs, and Expenses*. Document filed by AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, Vermillion Aviation (Two) Limited..(Butler, Jeff) (Entered: 07/26/2024) |
| 07/29/2024 | 192 | PROPOSED STIPULATION AND ORDER. Document filed by AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, Vermillion Aviation (Two) Limited..(Butler, Jeff) (Entered: 07/29/2024) |
| 07/31/2024 | 193 | STIPULATION AND ORDER ALLOWING CASH DEPOSIT IN LIEU OF SUPERSEDEAS BOND: IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Frontier Airlines, Inc. ("Frontier") and Defendants, that: 1. Defendants are authorized to deposit with the Court the sum of $54,944,872.27, representing 111% of the amount of the Amended Judgment, pursuant to Rule 67(a) of the Federal Rules of Civil Procedure; 2. The deposited funds shall be maintained in an interest–bearing account or invested in one or more interest–bearing instruments pursuant to Rule 67(b) of the Federal Rules of Civil Procedure; 3. The Clerk shall deduct from the income on the investment a fee consistent with that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office pursuant to Local Civil Rule 67.1(b)(2); 4. The deposited funds shall serve as "other security" for the Amended Judgment pursuant to Rule 62(b) of the Federal Rules of Civil Procedure; 5. Pursuant to 28 U.S.C. § 2042, the deposited funds, and any interest earned thereon, shall not be withdrawn except by order of the Court; and 6. Proceedings to enforce the Amended Judgment, or to obtain discovery in aid of such enforcement, shall be stayed pending final disposition of the Appeal. (Signed by Part 1 Judge Lorna G. Schofield on 7/31/2024) (vfr) Transmission to Finance Unit (Cashiers) for processing. (Entered: 07/31/2024) |
| 08/02/2024 | 194 | REPLY MEMORANDUM OF LAW in Support re: 181 MOTION for Judgment as a Matter of Law *pursuant to Rule 52(b) of the Federal Rules of Civil Procedure*. . Document filed by AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, Vermillion Aviation (Two) Limited..(Butler, Jeff) (Entered: 08/02/2024) |
| 08/08/2024 | | CASHIERS OFFICE CRIS DEPOSIT as per 193 Stipulation and Order, dated 7/31/2024, from Judge Lorna G. Schofield, $17,396,189.09 deposited on 7/31/2024, Receipt Number NYSCA24–00376 and $37,548,683.18 deposited on 8/2/2024, Receipt Number NYSCA24–00377, and $54,944,872.27 placed into CRIS on 8/8/2024..(bwi) (Entered: 08/08/2024) |

| 08/14/2024 | <u>195</u> | OPINION re: <u>181</u> MOTION for Judgment as a Matter of Law *pursuant to Rule 52(b) of the Federal Rules of Civil Procedure*. filed by AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, Vermillion Aviation (Two) Limited. For the reasons stated in the Court's Summary Judgment Opinion (Dkt. No. 123), defendants' Rule 52(b) Motion for Judgment as a Matter of Law (Dkt. No. 181) is denied. So ordered. (Signed by Judge Louis L. Stanton on 8/14/2024) (sgz) (Entered: 08/14/2024) |
|---|---|---|
| 08/19/2024 | <u>196</u> | MEMO ENDORSED ORDER granting <u>177</u> Motion for Attorney Fees. ENDORSEMENT: On June 14, 2024, this Court held that defendants AMCK Aviation Holdings Ireland Limited ("AMCK"), Accipiter Investments 4 Limited ("Accipiter"), and Vermillion Aviation (Two) Limited ( "Vermillion") breached their Framework Agreement with plaintiff Frontier Airlines, Inc. ("Frontier") and were liable for all losses, fees, costs, and expenses, including attorneys' fees (Dkt. No. 170). Plaintiff's attorneys now move for attorneys' fees and costs pursuant to provisions in the parties' contracts (Dkt. No. 177). That motion is granted. Although in this country attorneys' fees are typically not recoverable, "parties may agree by contract to permit recovery of attorneys' fees, and a federal court will enforce contractual rights to attorneys' fees if the contract is valid under applicable state law." U.S. Fid. & Guar. Co. v. Braspetro Oil Servs. Co., 369 F.3d 34, 74 (2d Cir. 2004) (internal quotations and citations omitted). "Under New York law, a contract that provides for an award of reasonable attorneys' fees to the prevailing party in an action to enforce the contract is enforceable if the contractual language is sufficiently clear." NetJets Aviation, Inc. v. LHC Commc'ns, LLC, 537 F. 3d 168, 175 (2d Cir. 2008). Though this case involves breach of the Framework Agreement specifically, that termination was predicated on breaches of other interrelated contracts pertaining to the sale and leaseback of numerous aircraft. For each aircraft, the parties executed lease agreements, trust agreements, and guaranty agreements. The aircraft at issue were guaranteed by Vermillion (MSN 10038 Lease), Accipiter (Original Leases), or Accipiter Holdings, DAC (Original Leases), which is the parent company of Accipiter. The guaranty agreements required those parties to ensure unconditional performance of the leases, and each guaranty agreement included the following provision: 2.2 Expenses. Guarantor agrees to be liable for the payment of all reasonable fees and expenses, including attorney's fees, incurred by Lessee in connection with the enforcement of this Guaranty. See, e.g., MSN 10038 Guaranty Agreement (Dkt. No.116, Ex.12 ) This clearly contemplates the payment of attorneys' fees and costs. Frontier's requested attorneys' fees are reasonable,and, notably, defendants do not challenge the amount in question. Frontier seeks $1, 997,575. 10 in fees for 3, 949.1 hours of work by Lane Powell PC and $36,249.50 in fees for 58.6 hours of work by Binder & Schwartz LLP. Those rates reflect the actual costs incurred by Frontier over the course of nearly four years of litigation and are reasonable. Danaher Corp. v. Travelers Indem. Co., 2014 WL 4898754, at *2 (S. D. N.Y. Sept. 30, 2014) ("[T]he amount actually paid to counsel by paying clients is compelling evidence of a reasonable market rate." ). They also comport with prevailing market rates in the Southern District of New York and are appropriate given the time and experience required to handle a multi – year matter concerning millions of dollars, valuable business relationships, a complex structure of contracts, a global pandemic, and a nearly two – week bench trial. Frontier's costs and expenses are also reasonable, and the amount is similarly uncontested by the defendants. Frontier seeks $240, 300. 49 for costs and expenses related to travel,depositions, and trial transcripts, as well as $307,602. 41 forexpert witness costs and expenses. Those comport with amountstypically awarded in this district. See, e.g., Austrian Airlines Oesterreichische Luftverkehrs AG v. UT Fin. Corp., 2008 WL 4833025, at *1, 9 (S.D.N.Y. No v. 3, 2008) (approving $568,148 inexpert and consultant fees in a case involving more than $47.9million in alleged damages).Frontier's request for an additional $10,102.35 in fees andexpenses related to the instant motion is denied. In the Second Circuit, parties are typically not entitled to recover fees incurred in connection with seeking fees – even where a contractexpressly allows for the recovery of legal fees – unless thecontract specifically allows for it. See F.H. Krear & Co. v.Nineteen Named Trustees, 810 F. 2d 1250, 1266 (2d Cir. 1987)("[A] general contract provision for the shifting of attorneys 'fees does not authorize an award of fees for time spent inseeking the fees themselves."); Thor 725 8th Ave. LLC v.Goonetilleke, 675 F. App'x 31, 35 (2d Cir.2017) (holding that" there is no basis for disturbing F. H. Krear" and "[t]hedistrict court correctly denied [plaintiff's] request for 'feeson fees'") ; Flatiron Acquisition Vehicle, LLC v. CSE Mortg. LLC,2022 WL 413229, at *11 (S.D.N.Y. Feb. 9, 2022) (rejectingapplication for the " cost of litigating amount of fees " absent"specific language" in the contract).Frontier is entitled to $2,581,727.50 in |

| | | |
|---|---|---|
| | | attorneys' fees and costs. The Clerk is directed to issue a supplemental judgment and close the case. So Ordered. (Signed by Judge Louis L. Stanton on 8/19/2024) (vfr) Transmission to Orders and Judgments Clerk for processing. (Entered: 08/19/2024) |
| 08/20/2024 | 197 | ORDER of USCA (Certified Copy) as to 183 Notice of Appeal, filed by AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, Vermillion Aviation (Two) Limited USCA Case Number 24–1916. IT IS ORDERED that the stay of this appeal is hereby lifted. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 8/19/2024. (tp) (Entered: 08/20/2024) |
| 08/20/2024 | 198 | CLERK'S SUPPLEMENTAL JUDGMENT on Attorney Fees. Fees in favor of Frontier Airlines, Inc. against AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, UMB Bank, N.A., Vermillion Aviation (Two) Limited, Wells Fargo Trust Company, N.A. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Memo Endorsed Order dated August 19, 2024, that Frontier is entitled to $2,581,727.50 in attorneys' fees and costs. Accordingly, the case is closed. (Signed by Clerk of Court – Acting Daniel Ortiz on 8/20/2024) (tp) (Entered: 08/20/2024) |
| 08/26/2024 | 199 | AMENDED NOTICE OF APPEAL re: 183 Notice of Appeal, 175 Order,,, 170 Memorandum & Opinion,,, 198 Judgment on Attorney Fees,, 196 Order on Motion for Attorney Fees, 195 Memorandum & Opinion,, 180 Amended Judgment,,, 171 Clerk's Judgment,,,,. Document filed by AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, Vermillion Aviation (Two) Limited..(Butler, Jeff) Modified on 8/27/2024 (nd). (Entered: 08/26/2024) |
| 08/27/2024 | | Transmission of Amended Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 199 Amended Notice of Appeal,..(nd) (Entered: 08/27/2024) |
| 08/27/2024 | | First Supplemental ROA Sent to USCA (Electronic File). Certified Supplemental Indexed record on Appeal Electronic Files for 187 Declaration in Support of Motion, filed by Frontier Airlines, Inc., 196 Order on Motion for Attorney Fees,,,,,,,,,,,,,,,,,, 184 Memorandum of Law in Opposition to Motion, filed by AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, Vermillion Aviation (Two) Limited, 194 Reply Memorandum of Law in Support of Motion, filed by AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, Vermillion Aviation (Two) Limited, 199 Amended Notice of Appeal, filed by AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, Vermillion Aviation (Two) Limited, 193 Stipulation and Order,,,,, 195 Memorandum & Opinion,, 192 Proposed Stipulation and Order filed by AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, Vermillion Aviation (Two) Limited, 189 Order on Motion for Leave to File Document, 190 Response in Opposition to Motion filed by Frontier Airlines, Inc., 186 Reply to Response to Motion filed by Frontier Airlines, Inc., 185 Notice of Stay of Appeal,, 188 LETTER MOTION for Leave to File Sur–reply *in response to Plaintiff's reply in further support of motion for attorney's fees,* addressed to Judge Louis L. Stanton from Jeff E. Butler dated July 23, 2024. filed by AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, Vermillion Aviation (Two) Limited, 191 Response in Opposition to Motion, filed by AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, Vermillion Aviation (Two) Limited, 198 Judgment on Attorney Fees,, 197 USCA Order – Other, were transmitted to the U.S. Court of Appeals..(nd) (Entered: 08/27/2024) |