# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Frontier Airlines, Inc. v. AMCK Aviation Holdings Ireland Limited et al    Docket No.: 1:20-cv-09713-LLS

Lead Counsel of Record (name/firm) or Pro se Party (name): Neil S. Binder, Binder & Schwartz LLP

Appearance for (party/designation): Frontier Airlines, Inc. (Appellee)

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption as indicated is:**
[✓] Correct
[ ] Incorrect.  See attached caption page with corrections.

**Appellate Designation is:**
[✓] Correct
[ ] Incorrect.  The following parties do not wish to participate in this appeal:
    Parties: _____
[ ] Incorrect.  Please change the following parties' designations:
    Party                              Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
[✓] Correct
[ ] Incorrect or Incomplete.  As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: _____
Firm: _____
Address: _____
Telephone: _____   Fax: _____
Email: _____

## RELATED CASES

[✓] This case has not been before this Court previously.
[ ] This case has been before this Court previously.  The short title, docket number, and citation are: _____

[ ] Matters related to this appeal or involving the same issue have been or presently are before this Court.  The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that [✓] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on 06-04-2024 _____ OR that [ ] I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Neil S. Binder
Type or Print Name: Neil S. Binder
    OR
Signature of pro se litigant: _____
Type or Print Name: _____
[ ] I am a pro se litigant who is not an attorney.
[ ] I am an incarcerated pro se litigant.