**CLIFFORD CHANCE**

CLIFFORD CHANCE US LLP
TWO MANHATTAN WEST
375 9TH AVENUE
NEW YORK, NY 10001
TEL +1 212 878 8000
FAX +1 212 878 8375
www.cliffordchance.com

**By ECF**

Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Direct Dial: +1 212 878 8205
E-mail: jeff.butler@cliffordchance.com

September 17, 2024

**Re:** *Frontier Airlines v. AMCK Aviation*, Docket No. 24-1916

Dear Ms. Wolfe:

We write on behalf of appellants AMCK Aviation Holdings Ireland Limited, Accipiter Investments Aircraft 4 Limited and Vermillion Aviation (Two) Limited (collectively, "Appellants"), and in accordance with the Court's Local Rule 31.2(a), we hereby request that Appellants' principal brief be due on December 3, 2024. This requested date is 91 days after the ready date.

Respectfully submitted,

*s/ Jeff E. Butler*

Jeff E. Butler