UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

AMCK Aviation Holdings Ireland Limited, Accipiter Investment 4 Limited, Vermillion Aviation (Two) Limited,

    Defendants-Appellants,

v.

Frontier Airlines, Inc.,

    Plaintiff-Appellee.

Docket No. 24-1916

**STIPULATION**

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn with prejudice without costs and without attorneys' fees pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

Dated: November 15, 2024

Respectfully submitted,

/s/ Jeff E. Butler

Jeff E. Butler
CLIFFORD CHANCE US LLP
Two Manhattan West
375 Ninth Avenue
New York, New York 10001
*Attorneys for Appellants*

/s/ Neil S. Binder

Neil S. Binder
BINDER & SCHWARTZ LLP
675 Third Avenue, 26th Floor
New York, New York 10017
*Attorneys for Appellee*